## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:
ANDREW MICHAEL DUNCAN,

Case No.
Chapter 7

                    Debtor

_____

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

_____

_____.

☒    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on ___1-26-15___ (date)    by _____ (debtor)
                                        ANDREW MICHAEL DUNCAN

| Emp. | Clock | Employee Name | Code | Hours | Rate | Amount | Description | Amount | Code | Amount | Net Pay * Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Earnings** | **Withholding** | | **Deduction** | **Net Pay * Check#** |
| **Employee Description** | | | | | | | | | | | |
| 4503 | | Duncan, Andrew M | 38 | SAL | | 4,042.43 | F.W.T. | 425.10 | 221 | 615.00 | |
| | | | | | | | SSA TAX | 250.63 | | | |
| | | | | | | | MEDICARE | 58.61 | | | |
| | | | | | | | S.W.T. | 117.55 | | | |
| | | 2014 PAY NO. 7 EMPLOYEE TOTALS | | | | 4,042.43 | | 851.89 | | 615.00 | 2,575.54  25029 |
| | | PAY DATE: 09/10/2014 | | | | | | | | | |
| 4503 | | Duncan, Andrew M | 38 | SAL | | 3,795.75 | F.W.T. | 388.09 | 221 | 600.00 | |
| | | | | | | | SSA TAX | 235.34 | | | |
| | | | | | | | MEDICARE | 55.04 | | | |
| | | | | | | | S.W.T. | 105.71 | | | |
| | | 2014 PAY NO. 8 EMPLOYEE TOTALS | | | | 3,795.75 | | 784.18 | | 600.00 | 2,411.57  25073 |
| | | PAY DATE: 10/10/2014 | | | | | | | | | |
| 4503 | | Duncan, Andrew M | 38 | SAL | | 4,108.47 | F.W.T. | 435.02 | 221 | 674.00 | |
| | | | | | | | SSA TAX | 254.72 | | | |
| | | | | | | | MEDICARE | 59.57 | | | |
| | | | | | | | S.W.T. | 120.72 | | | |
| | | 2014 PAY NO. 9 EMPLOYEE TOTALS | | | | 4,108.47 | | 870.03 | | 674.00 | 2,564.44  25141 |
| | | PAY DATE: 11/10/2014 | | | | | | | | | |
| 4503 | | Duncan, Andrew M | 38 | SAL | | 3,781.13 | F.W.T. | 385.92 | 221 | 606.00 | |
| | | | | | | | SSA TAX | 234.43 | | | |
| | | | | | | | MEDICARE | 54.83 | | | |
| | | | | | | | S.W.T. | 105.01 | | | |
| | | 2014 PAY NO. 10 EMPLOYEE TOTALS | | | | 3,781.13 | | 780.19 | | 606.00 | 2,394.94  25194 |
| | | PAY DATE: 12/10/2014 | | | | | | | | | |

ADP Drive     Copyright © 1999 – 2015 ADP, Inc. Dealer Services Group. All rights reserved.

Case 15-10116   Doc# 3   Filed 01/27/15   Page 2 of 8

## Company Department Summary

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 1 SERVICE DEPT | 05 | 1 | 8 | 23,767.72 | 4,895.08 | 3,155.00 | 15,717.64 | |
| 1 TOTALS | | 1 | 8 | 23,767.72 | 4,895.08 | 3,155.00 | 15,717.64 | |

**Generated: 01/15/2015 02:50 PM**

| | | Employee Description | | Earnings | | | Withholding | | Deduction | Net Pay * Check |
|---|---|---|---|---|---|---|---|---|---|---|
| Emp. | Clock | Employee Name | Code | Hours | Rate | Amount Description | Amount Code | | Amount | Net Pay Check# |
| 4503 | | Duncan, Andrew M | 38 | SAL | | 3,692.83 F.W.T. | 369.54 221 | | 629.00 | |
| | | | | | | SSA TAX | 228.96 305 | | 2,312.40 | |
| | | | | | | MEDICARE | 53.55 | | | |
| | | | | | | S.W.T. | 99.38 | | | |
| | | 2015 PAY NO. 1 EMPLOYEE TOTALS PAY DATE: 01/09/2015 | | | | 3,692.83 | 751.43 | | 2,941.40 | .00   21674 |
| 4503 | | Duncan, Andrew M | | | | F.W.T. | .00 221 | | -600.00 | |
| | | | | | | SSA TAX | .00 305 | | 600.00 | |
| | | | | | | MEDICARE | .00 | | | |
| | | 2014 PAY NO. 11 EMPLOYEE TOTALS PAY DATE: 12/23/2014 | | | | | .00 | | .00 | .00 |

## Company Department Summary

| Company Description | Dept | Emp | Activity | Gross | Withholding | Deductions | Net Pay | Deposits |
|---|---|---|---|---|---|---|---|---|
| 11 SERVICE DEPT | 05 | 0 | 2 | 3,692.83 | 751.43 | 2,941.40 | .00 | |
| 11 TOTALS | | 0 | 2 | 3,692.83 | 751.43 | 2,941.40 | .00 | |

### Totals for Company 1

| Earning Description | Earning Code | Earning Hours | Earning Withholding Amount Description | Withholding Amount | Deduction Amount Code | Deduction Description |
|---|---|---|---|---|---|---|
| SALARY | 38 | 20,302.06 | F.W.T. | 2,411.15 | 3,155.00 221 | AR/ P & S |
| HRS/REG | 40 | 2,541.36 | SSA TAX | 1,473.60 | | |

ADP Drive

Copyright © 1999 – 2015 ADP, Inc. Dealer Services Group. All rights reserved.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:
KELSEY LEIGH BURKS,

                                Case No.
                                Chapter 7

               Co-Debtor

_____

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

       I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐     I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐     I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

_____

_____.

☒     I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on    1-26-15    (date)      by    _Kelsy L Burks_     (debtor)
                                                      KELSEY LEIGH BURKS

Paradigm Liaison Services, LLC
PO Box 9123


Kelsey Burks
11116 West Grant Street
Wichita, KS 67209


Direct Deposit

---

| **Employee Pay Stub** | | Check number: | | | **Pay Period: 11/17/2014 - 11/30/2014** | | **Pay Date: 12/05/2014** |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
|---|---|---|---|---|---|---|---|
| Kelsey Burks, 11116 West Grant Street, Wichita, KS 67209 | | | | | ***-**-9090 | Married/Single | Fed-4/0/KS-1/0 |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Hourly | 50.22 | 10.10 | 507.19 | 12,821.34 |
| Paid Time Off Hourly | 3.00 | 10.10 | 30.30 | 808.35 |
| Holiday Pay Hourly | 13.50 | 10.10 | 136.35 | 394.52 |
| Hourly Other Paid Time Off | | | | 377.25 |
| | 66.72 | | 673.84 | 14,401.46 |

| **Deductions From Gross** | **Current** | **YTD Amount** |
|---|---|---|
| Health Svgs Acct (Employee) | -10.00 | -230.00 |
| Health Insurance (pre-tax) | -100.52 | -1,144.44 |
| | -110.52 | -1,374.44 |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -34.93 | -807.68 |
| Medicare Employee | -8.17 | -188.89 |
| KS - Withholding | -10.00 | -231.00 |
| | -53.10 | -1,227.57 |

| **Net Pay** | **510.22** | **11,799.45** |
|---|---|---|

| **Direct Deposit** | | | **Amount** |
|---|---|---|---|
| Checking - ****7744 | | | 510.22 |

| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
|---|---|---|---|
| PTO | 3.68 | 80.50 | 0.47 |

| **Non-taxable Company Items** | **Current** | **YTD Amount** |
|---|---|---|
| Health Svgs Acct (company paid) | 10.00 | 230.00 |

**Memo**

Direct Deposit

---

Paradigm Liaison Services, LLC, PO Box 9123

Paradigm Liaison Services, LLC
PO Box 9123

Kelsey Burks
11116 West Grant Street
Wichita, KS 67209

Direct Deposit

| Employee Pay Stub | Check number: | | Pay Period: 12/01/2014 - 12/14/2014 | | Pay Date: 12/19/2014 |

**Employee**

| | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|
| Kelsey Burks, 11116 West Grant Street, Wichita, KS 67209 | | ***-**-9090 | Married/Single | Fed-4/0/KS-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 60.28 | 10.10 | 608.86 | 13,430.20 |
| Paid Time Off Hourly | | | | 808.35 |
| Holiday Pay Hourly | | | | 394.52 |
| Other Paid Time Off Hourly | | | | 377.25 |
| | 60.28 | | 608.86 | 15,010.32 |

| Deductions From Gross | | | Current | YTD Amount |
|---|---|---|---|---|
| Health Svgs Acct (Employee) | | | -10.00 | -240.00 |
| Health Insurance (pre-tax) | | | -100.52 | -1,244.96 |
| | | | -110.52 | -1,484.96 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| Social Security Employee | | | -30.89 | -838.57 |
| Medicare Employee | | | -7.23 | -196.12 |
| KS - Withholding | | | -8.00 | -239.00 |
| | | | -46.12 | -1,273.69 |

| Net Pay | | | 452.22 | 12,251.67 |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - ****7744 | | | 452.22 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| PTO | 3.48 | 80.50 | 3.95 |

| Non-taxable Company Items | | Current | YTD Amount |
|---|---|---|---|
| Health Svgs Acct (company paid) | | 10.00 | 240.00 |

**Memo**

Direct Deposit

Paradigm Liaison Services, LLC
PO Box 9123


Kelsey Burks
11116 West Grant Street
Wichita, KS 67209


Direct Deposit

---

| | | | | | Pay Period: 12/15/2014 - 12/28/2014 | | Pay Date: 12/31/2014 |

**Employee**

| | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
|---|---|---|---|---|---|---|---|
| Kelsey Burks, 11116 West Grant Street, Wichita, KS 67209 | | | | | ***-**-9090 | Married/Single | Fed-4/0/KS-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Direct Deposit** | | | **Amount** |
| Hourly | 43.78 | 10.10 | 442.21 | 13,872.41 | Checking - ****7744 | | | 533.63 |
| Paid Time Off Hourly | 3.00 | 10.10 | 30.30 | 838.65 | | | | |
| Holiday Pay Hourly | 11.50 | 10.10 | 116.15 | 510.67 | **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
| Other Paid Time Off Hourly | | | | 377.25 | PTO | 3.19 | 83.50 | 4.15 |
| | 58.28 | | 588.66 | 15,598.98 | | | | |
| | | | | | **Non-taxable Company Items** | | **Current** | **YTD Amount** |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | Health Svgs Acct (company paid) | | | 240.00 |
| Health Svgs Acct (Employee) | | | | -240.00 | | | | |
| Health Insurance (pre-tax) | | | | -1,244.96 | **Memo** | | | |
| | | | | -1,484.96 | Direct Deposit | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | | |
| Federal Withholding | | | 0.00 | 0.00 | | | | |
| Social Security Employee | | | -36.50 | -875.07 | | | | |
| Medicare Employee | | | -8.53 | -204.65 | | | | |
| KS - Withholding | | | -10.00 | -249.00 | | | | |
| | | | -55.03 | -1,328.72 | | | | |
| **Net Pay** | | | **533.63** | **12,785.30** | | | | |

Paradigm Liaison Services, LLC
PO Box 9123


Kelsey Burks
11116 West Grant Street
Wichita, KS 67209


Direct Deposit

---

| Employee Pay Stub | Check number: | | | Pay Period: 12/29/2014 - 01/11/2015 | | Pay Date: 01/16/2015 |

**Employee**

Kelsey Burks, 11116 West Grant Street, Wichita, KS 67209

| | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| | ***-**-9090 | Married/Single | Fed-4/0/KS-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 59.60 | 10.10 | 601.96 | 601.96 |
| Holiday Pay Hourly | 5.52 | 10.10 | 55.72 | 55.72 |
| | 65.12 | | 657.68 | 657.68 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Svgs Acct (Employee) | -10.00 | -10.00 |
| Health Insurance (pre-tax) | -100.52 | -100.52 |
| | -110.52 | -110.52 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -33.92 | -33.92 |
| Medicare Employee | -7.93 | -7.93 |
| KS - Withholding | -9.00 | -9.00 |
| | -50.85 | -50.85 |

| Net Pay | 496.31 | 496.31 |

| Direct Deposit | Amount |
|---|---|
| Checking - ****7744 | 496.31 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| PTO | 3.76 | | 7.91 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Health Svgs Acct (company paid) | 10.00 | 10.00 |

**Memo**

Direct Deposit

---

Paradigm Liaison Services, LLC, PO Box 9123