FORM B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)    Case Number **15−10116**

## UNITED STATES BANKRUPTCY COURT District of Kansas (Wichita)

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/27/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. **NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.**

**Creditors−Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| **Andrew Michael Duncan**<br>11116 W Grant St<br>Wichita, KS 67209−3220 | **Kelsey Leigh Burks**<br>11116 W Grant St<br>Wichita, KS 67209−3220 |
| Case Number / Presiding Judge:<br>**15−10116** / **Dale L. Somers** | Social Security/Individual Taxpayer ID/Employer ID/Other Nos.:<br>**xxx−xx−2365** − **Andrew Michael Duncan**<br>**xxx−xx−9090** − **Kelsey Leigh Burks** |
| Attorney for Debtor(s) (name and address):<br>Donald C. Astle<br>PO Box 84<br>Wichita, KS 67201−0084<br>Telephone number: (316) 262−3007 | Bankruptcy Trustee (name and address):<br>Edward J Nazar<br>Hinkle Law Firm LLC<br>301 North Main, Suite 2000<br>Wichita, KS 67202−4820<br>Telephone number: 316.267.2000 |

APPOINTMENT OF TRUSTEE: The trustee named above is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond on file with the clerk of the bankruptcy court.

### Meeting of Creditors

Date: **February 23, 2015**          Time: **09:30 AM**
Location: **US Courthouse, 401 North Market Room B−56, Wichita, KS 67202**

**All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting.**
**Non−lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 4/24/15**
**Deadline to Object to Intended Abandonment: 75 days after the conclusion of the meeting of creditors unless otherwise ordered.**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors unless otherwise specified by Fed. R. Bankr. P. 1019.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>167 US Courthouse<br>401 North Market<br>Wichita, KS 67202<br>Telephone number: (316) 315−4110 | **For the Court:**<br>Clerk of the Bankruptcy Court<br>David D. Zimmerman |
| Hours Open: 9:00 AM − 4:00 PM Monday − Friday<br>Phone Hours: 9:30 AM − 3:30 PM Monday − Friday | Date: 1/28/15 |

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

**ABANDONMENT OF PROPERTY OF THE ESTATE**

Local Bankruptcy Rule 6007.1 allows Chapter 7 Trustees to file a notice of intended abandonment of any or all of a debtor's property in the estate as authorized by § 554 without further service on creditors or interested parties. If a creditor or party in interest timely objects to the abandonment of any property [deadline set on page 1 of this Notice], the Court will schedule a hearing regarding the property that is the subject of the objection.

```
United States Bankruptcy Court
                                   District of Kansas
In re:                                                                 Case No. 15-10116-DLS
Andrew Michael Duncan                                                  Chapter 7
Kelsey Leigh Burks
         Debtors                       CERTIFICATE OF NOTICE
District/off: 1083-6          User: erica                 Page 1 of 2                  Date Rcvd: Jan 28, 2015
                              Form ID: b9a                Total Noticed: 58
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2015.
```
db/jdb         Andrew Michael Duncan,    Kelsey Leigh Burks,    11116 W Grant St,    Wichita, KS 67209-3220
8124214        AMS Laboratory Inc,    PO Box 75076,    Wichita KS 67275-0076
8124212        Account Recovery,    200 W Wyatt Earp Blvd,    Dodge City KS 67801-4448
8124213       +Air City Emergency Physicians LLC,    PO Box 98737,    Las Vegas NV 89193-8737
8124215        Associates in Womens Health,    PO Box 1522,    Wichita KS 67201-1522
8124217        Auto Owners,    PO Box 30315,    Lansing MI 48909-7815
8124218        Bay Area Credit Service BR,    1901 W 10th St,    Antioch CA 94509-1380
8124219       +CAC Financial Corporation,    2601 NW Expressway Ste 1000E,    Oklahoma City OK 73112-7236
8124220        Campus Credit Union,    1845 Fairmount,    PO Box 65,    Wichita KS 67260-9700
8124221        Central States Recovery,    1314 N Main,    PO Box 3130,    Hutchinson KS 67504-3130
8124222        Credit Union Of America BR,    Aka First Choice Credit Union,    PO Box 47528,
                Wichita KS 67201-7528
8124224       +DRH Imaging,    Co CAC Financial Corp,    2601 NW Expressway Ste 1000E,
                Oklahoma City OK 73112-7236
8124223        Dillons Stores Division Bankruptcy,    Kroger,    PO Box 1608,    Hutchinson KS 67504-1608
8124225        Emergency Service Prof,    PO Box 548,    Wichita KS 67201-0548
8124227        Financial Corp of America,    12515 Research Blvd Bldg 2 Ste 100,    PO Box 203500,
                Austin TX 78720-3500
8124230       +Genesis Health Club BR,    6100 E Central Ave Ste 3,    Wichita KS 67208-4236
8124231        Heartland Cardiology,    551 N Hillside St Ste 410,    Wichita KS 67214-4927
8124232       +Hillside Medical Office,    855 N Hillside St,    Wichita KS 67214-4982
8124233        Homolka C Dean,    Attorney At Law,    200 E 1st St N Ste 542,    Wichita KS 67202-2110
8124236        Kansas Department Of Revenue,    Accounts Receivable Setoff Program,    PO Box 2713,
                Topeka KS 66601-2713
8124237        Kansas Gas Service,    PO Box 3535,    Topeka KS 66601-3535
8124238        Kansas Imaging Consultants BR,    929 N Saint Francis St,    Wichita KS 67214-3821
8124239        Kansas Orthopaedic Center-Bankruptc,    7550 W Village Cir Ste 1,    PO Box 1174,
                Wichita KS 67201-1174
8124240      ++MID CONTINENT CREDIT SERVICES,    3161 N ROCK RD,    STE B,    WICHITA KS 67226-1453
              (address filed with court: Mid Continent Credit Services,    3161 N Rock Rd Ste B,
                PO Box 75076,    Wichita KS 67275-0076)
8124242        Midwest Service Bureau,    625 W Maple,    PO Box 3888,    Wichita KS 67201-3888
8124244        NPAS,   Parallon Business Solutions,    PO Box 99400,    Louisville KY 40269-0400
8124243        Newman Riffel And Hesse PA,    PO Box 47068,    Wichita KS 67201-7068
8124245        Phoenix Financial Services Llc,    PO Box 26580,    Indianapolis IN 46226-0580
8124247        Preferred Medical Associates BR,    Billing Dept,    PO Box 2912,    Wichita KS 67201-2912
8124249        Runway Emergency Physicians LLC,    PO Box 98743,    Las Vegas NV 89193-8743
8124250        Snap On Credit Bankruptcy,    950 Technology Way Ste 301,    Libertyville IL 60048-5339
8124252        Stephanie Burks,    11116 W Grant St,    Wichita KS 67209-3220
8124253        Sure Check Brokerage BR,    141 South 4th Street,    PO Box 1906,    Salina KS 67402-1906
8124255        VCMA W Maple,    PO Box 764,    Wichita KS 67201-0764
8124256        Verizon Wireless Bankruptcy Departm,    Fmci Mass Market Bankruptcy Admin,
                500 Technology Dr Ste 550,    St Charles MO 63304-2225
8124257        Via Christi Clinic,    9211 E 21st St N Ste 100,    Wichita KS 67206-2968
8124258        Wesley Family Practice,    850 N Hillside St,    PO Box 47490,    Wichita KS 67201-7490
8124260       +Wesley Medical Center Bankruptcy,    Patient Accounts,    10030 N Macarthur Blvd Ste 100,
                Irving TX 75063-5001
8124261        West Asset Management Inc BR,    Attention Bankruptcy,    7171 Mercy Rd,    Omaha NE 68106-2620
8124263        Wichita Anesthesiology Chartered,    PO Box 808,    El Dorado KS 67042-0808
8124264       +Wichita Surgical Specialists BR,    818 N Emporia St Ste 200,    Wichita KS 67214-3788
8124265        Windham Court Suites,    330 S Tyler Rd,    Wichita KS 67209-1687
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: ecf@astlelaw.com Jan 29 2015 00:36:52      Donald C. Astle,    PO Box 84,
                Wichita, KS 67201-0084
tr             EDI: QEJNAZAR.COM Jan 29 2015 00:38:00      Edward J Nazar,    Hinkle Law Firm LLC,
                301 North Main, Suite 2000,    Wichita, KS 67202-4820
ust           +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Jan 29 2015 00:37:16      U.S. Trustee,
                Office of the United States Trustee,    301 North Main Suite 1150,    Wichita, KS 67202-4811
8124216        EDI: ATTWIREBK.COM Jan 29 2015 00:38:00      AT And T U Verse,    PO Box 5013,
                Carol Stream IL 60197-5013
8124226        E-mail/Text: bknotice@erccollections.com Jan 29 2015 00:37:20      Enhanced Recovery Corp BR,
                Hilco Receivables LLC,    8014 Bayberry Rd,    Jacksonville FL 32256-7412
8124228        EDI: AMINFOFP.COM Jan 29 2015 00:38:00      First Premier Bank Bankruptcy,    601 S Minnesota Ave,
                Sioux Falls SD 57104-4824
8124229        EDI: RMSC.COM Jan 29 2015 00:38:00      GE Capital BR,    GE Money Bank,    PO Box 103104,
                Roswell GA 30076-9104
8124234        EDI: IIC9.COM Jan 29 2015 00:38:00      IC Systems Incorporated BR,    444 Highway 96 E,
                PO Box 64437,    St Paul MN 55164-0437
8124235        EDI: JEFFERSONCAP.COM Jan 29 2015 00:38:00      Jefferson Capital System,    16 McLeland Rd,
                Saint Cloud MN 56303-2198
8124241        EDI: MID8.COM Jan 29 2015 00:38:00      Midland Funding LLC BR,    Midland Credit Management,
                PO Box 60578,    Los Angeles CA 90060-0578
```

```
District/off: 1083-6          User: erica              Page 2 of 2                Date Rcvd: Jan 28, 2015
                              Form ID: b9a             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
8124246        EDI: PRA.COM Jan 29 2015 00:38:00      Portfolio Recovery Associates BR,   PO Box 12914,
                Norfolk VA   23541-0914
8124248        EDI: AMINFOFP.COM Jan 29 2015 00:38:00      Premier Bank Card,   PO Box 5114,
                Sioux Falls SD   57117-5114
8124251        EDI: NEXTEL.COM Jan 29 2015 00:38:00      Sprint PCS BR,   PO Box 54977,
                Los Angeles CA   90054-0977
8124254       +EDI: AISTMBL.COM Jan 29 2015 00:38:00      T Mobile Bankruptcy,   Bankruptcy,   PO Box 37380,
                Albuquerque NM 87176-7380
8124259        EDI: HCA2.COM Jan 29 2015 00:38:00      Wesley Medical Center,   Parallon,   550 N Hillside St,
                Wichita KS   67214-4910
8124262       +E-mail/Text: SNELSON@WWFPPA.COM Jan 29 2015 00:36:58      West Wichita Minor Emergency,
                8200 W Central Ave Ste 4,   Wichita KS 67212-9502
                                                                                             TOTAL: 16

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2015 at the address(es) listed below:
```
          Donald C. Astle    on behalf of Joint Debtor Kelsey Leigh Burks ecf@astlelaw.com
          Donald C. Astle    on behalf of Debtor Andrew Michael Duncan ecf@astlelaw.com
          Edward J Nazar     ebn1@hinklaw.com,   enazar@ecf.epiqsystems.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 4
```