**Form ntcfinmgt**  (Revised 03/06/2013)

United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 15–10116             Chapter: 7

In re: (Name of Debtor)

Andrew Michael Duncan                         Kelsey Leigh Burks
11116 W Grant St                              11116 W Grant St
Wichita, KS 67209–3220                        Wichita, KS 67209–3220

| Entered By The Court 1/28/15 | **NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT** (Official Form 23) | **Filed By The Court** 1/28/15 David D. Zimmerman Clerk of Court US Bankruptcy Court |

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management after filing the petition in order to receive a discharge under chapter 7 (11 U.S.C. 727) or Chapter 13 (11 U.S.C. 1328). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. 111.

Debtor(s) and debtor(s)' attorney are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and debtor(s)' attorney are hereby notified that the debtor(s) must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341 for a chapter 7 case or no later than the last payment made by the debtor in a chapter 13 case. Failure to file the certification will result in the case being closed without an entry of discharge. If a Motion to Reopen the Case is subsequently filed by Debtor(s), to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

*NOTE: Official Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 7 and chapter 13 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).

Document 4                                     s/  David D. Zimmerman
                                               Clerk, United States Bankruptcy Court

```
                          United States Bankruptcy Court
                               District of Kansas
In re:                                                           Case No. 15-10116-DLS
Andrew Michael Duncan                                            Chapter 7
Kelsey Leigh Burks
        Debtors                    CERTIFICATE OF NOTICE
District/off: 1083-6          User: erica              Page 1 of 1              Date Rcvd: Jan 28, 2015
                              Form ID: ksnfinmg        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2015.
db/jdb         Andrew Michael Duncan,   Kelsey Leigh Burks,   11116 W Grant St,   Wichita, KS  67209-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2015 at the address(es) listed below:
        Donald C. Astle    on behalf of Joint Debtor Kelsey Leigh Burks ecf@astlelaw.com
        Donald C. Astle    on behalf of Debtor Andrew Michael Duncan ecf@astlelaw.com
        Edward J Nazar    ebn1@hinklaw.com, enazar@ecf.epiqsystems.com
        U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                                   TOTAL: 4