UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| In re: | ) | ELECTRONICALLY FILED |
|---|---|---|
| ANDREW MICHAEL DUNCAN, | ) | Case No. 15-10116-7 |
| LORI LYNN ROWLEY, | ) | |
| Debtor(s). | ) | |
| _____ | ) | |

## ENTRY OF APPEARANCE
## AND REQUEST FOR NOTICE

COMES NOW, J. Michael Lehman of Bruce, Bruce & Lehman, L.L.C., enters his appearance herein on behalf of Campus Credit Union and requests that he receive all notices in the above captioned case, pursuant to Federal Rule of Bankruptcy Procedure 2002(G).

Respectfully submitted,

BRUCE, BRUCE & LehMAN, L.L.C.
S/ *J. Michael Lehman*
J. MICHAEL LEHMAN, #9831
P.O. Box 75037
Wichita, KS  67275-5037
Telephone: (316) 264-8000
Facsimile: (316) 267-4488
Mlehman@KsAdvocates.com
Attorney for Campus Credit Union

## CERTIFICATE OF SERVICE

I certify that on this February 3, 2015, copies of the Entry of Appearance and Request for Notice was served on Donald C. Astle and Edward J. Nazar as shown on the Notice of Electronic Filing generated by the Clerk's office, at the filing of this document.

S/J. Michael Lehman
J. MICHAEL LEHMAN #9831

6

Case 15-10116   Doc# 7   Filed 02/03/15   Page 1 of 1