UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: ) ELECTRONICALLY FILED
ANDREW MICHAEL DUNCAN, )
KELSEY LEIGH BURKS, ) Case No: 15-10116-7
    Debtor(s). )

## MOTION OF CAMPUS CREDIT UNION TO MODIFY STAY

Campus Credit Union, respectfully represents:

1. The debtor filed a petition under Chapter 7 of the Bankruptcy Code on January 27, 2015. The debtor has continued in possession of the property in the bankruptcy estate.

2. Campus Credit Union, is the holder of a claim against the debtor.

    a. As of the date of the filing of debtor's petition, the balance due is $36,134.97;

    b. Debtors has made no payments since the filing of debtor's petition:

    c. As of the date of the petition, the debtor was in arrears in the amount of $598.00, which is calculated as follows:

    $598.00 due on January 20, 2015;

    d. The Movant's best estimate of the value of the collateral is $33,875.00;

    e. The identity of persons claiming an interest in the subject property are:

    Andrew Michael Duncan
    Stephanie C. Burks
    Campus Credit Union

3. Campus Credit Union., has a valid security interest in the following described property:

    **2014 DODGE JOURNEY, VIN#3C4PDCGG2ET263785
    and all shares in the Credit Union**

[6] A copy of relevant portions of the disclosure, proof of perfection, security

agreement and promise to pay are attached hereto. The documents attached may not be all relevant documents and may not include the backs of some documents. (Additional documents or supplements are available upon request.)

4. The debtor is in default and the security is subject to rapid deterioration.

5. Campus Credit Union, does not have and has not been offered, adequate protection for its interest in the security listed in paragraph 3.

6. The debtor intends to surrender the vehicle, so no purpose is served by the 14 day stay pursuant to Bankruptcy Rule 4001(a)(3).

7. If Campus Credit Union, is not permitted to foreclose its security interest in said security, it will suffer irreparable injury, loss and damage.

WHEREFORE, Campus Credit Union, prays that upon final hearing of this Motion, the Stay pursuant to 11 U.S.C. § 362 be modified to permit it to recover its security interest in the property referred to above; the 14 day stay provided by Bankruptcy Rule 4001(a)(3) be waived; and that it have such other and further relief as is just and proper.

Respectfully submitted,

BRUCE, BRUCE & LEHMAN, L.L.C.
S/ J. Michael Lehman
J. MICHAEL LEHMAN, #098931
P.O. Box 75037
Wichita, KS 67275-5037
Telephone: 316-264-8000
Facsimile: 316-267-4488
Mlehman@KsAdvocates.com
Attorney for Campus Credit Union

# CAMPUS CREDIT UNION
1845 N Fairmount St, Box 65
Wichita, KS 67260-0065



**LOAN AND SECURITY AGREEMENTS AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| [X] FIXED RATE<br>[ ] VARIABLE RATE | LOAN DATE<br>05/20/14 | LOAN NUMBER | ACCOUNT NUMBER | GROUP POLICY NUMBER | MATURITY DATE<br>05/20/20 |

| BORROWER 1 | BORROWER 2 |
|---|---|
| NAME AND ADDRESS<br>DUNCAN, ANDREW | NAME (AND ADDRESS IF DIFFERENT FROM BORROWER 1)<br>BURKS, STEPHANIE C |

## TRUTH IN LENDING DISCLOSURE 'e' means an estimate

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. | The total cost of your purchase on credit is $<br>which includes your downpayment of $ |
| 2.740 % e | $ 3,387.74  e | $ 39,591.25  e | $ 42,978.99  e | |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | | When Payments Are Due | |
|---|---|---|---|---|
| 71 | $ 598.00 | MONTHLY | BEGINNING | 06/20/14 |
| 1 | $ 520.99 | | FINAL PAYMENT | 05/20/20 |

**Prepayment:** If you pay off early you will not have to pay a penalty.

**Required Deposit:** The Annual Percentage Rate does not take into account your required deposit, if any.

[ ] **Assumption:** Someone buying your mobile home cannot assume the remainder of the loan on the original terms.

**Demand:** [ ] This obligation has a demand feature.
[ ] All disclosures are based on an assumed maturity of one year.

**Property Insurance:** You may obtain property insurance from anyone you want that is acceptable to the credit union. If you get the insurance from us, you will pay $

**Late Charge:**
5% OF PAYMENT, NOT TO EXCEED $25.00 ASSESSED 15TH DAY AFTER DUE DATE.

**Filing Fees** $          **Non-Filing Insurance** $

**Security:** Collateral securing other loans with the credit union may also secure this loan. You are giving a security interest in your shares and dividends and, if any, your deposits and interest in the credit union; and the property described below:

| Collateral | Property/Model/Make | Year | I.D. Number | Type | Value | Key Number |
|---|---|---|---|---|---|---|
| DODGE | JOURNEY | 2014 | 3C4PDCGG2ET263785 | NEW | $ 39,591.25<br>$<br>$ | |

Other (Describe)
Pledge of Shares $         in Account No.         $         in Account No.

**Variable Rate:**

THE INTEREST RATE WILL VARY IF THE U.S. TREASURY SECURITY ADJUSTED TO A CONSTANT MATURITY OF ONE YEAR (INDEX) CHANGES. WE WILL USE THE MOST RECENT INDEX VALUE AVAILABLE TO US AS OF THE BUSINESS DAY PRECEDING ANY INTEREST RATE CHANGE. WE WILL ADD A MARGIN OF         % TO THE INDEX TO DETERMINE THE ANNUAL PERCENTAGE RATE. THE RATE WILL CHANGE SEMI-ANNUALLY ON JANUARY 1 AND JULY 1. THE RATE WILL NEVER BE HIGHER THAN 18.00% OR LESS THAN 7.00 %. ANY INTEREST RATE INCREASES WILL RESULT IN MORE PAYMENTS OF THE SAME AMOUNT. ANY INTEREST RATE DECREASES WILL RESULT IN FEWER PAYMENTS OF THE SAME AMOUNT. FOR EXAMPLE, IF YOUR LOAN WAS FOR $7,000.00 AT 9% FOR 3 YEARS AND THE RATE INCREASED TO 10% AFTER 1 YEAR, YOU WOULD MAKE 1 ADDITIONAL PAYMENT.

See your contract documents for any additional information about nonpayment, default, and any required repayment in full before the scheduled date.

## SIGNATURES

By signing as Borrower, you agree to the terms of the Loan Agreement. If property is described in the "Security" section of the Truth in Lending Disclosure, you also agree to the terms of the Security Agreement. If you sign as "Owner of Property" you agree only to the terms of the Security Agreement. NOTICE TO CONSUMER: 1. Do not sign this agreement before you read it. 2. You are entitled to a copy of this agreement. 3. You may prepay the unpaid balance at any time without penalty.

X _[signature]_ (SEAL)          X _[signature]_ (SEAL)
BORROWER 1                 DATE    BORROWER 2                 DATE

X (SEAL)                           X _[signature]_ (SEAL)
[ ] OTHER BORROWER [ ] OWNER OF PROPERTY [ ] WITNESS   DATE    [ ] OTHER BORROWER [ ] OWNER OF PROPERTY [ ] WITNESS   DATE

© CUNA MUTUAL GROUP, 1999, 2000, 01, 02, 03, 04, ALL RIGHTS RESERVED                     NXRC15 (LASER)

| Credit Union CAMPUS CREDIT UNION | Loan No. ▮ | Acct. No. ▮ |
|---|---|---|
| Borrower(s) DUNCAN, ANDREW | BURKS, STEPHANIE C | |

## ITEMIZATION OF THE AMOUNT FINANCED

| Itemization of Amount Financed of $39,591.25 | Amount Given to You Directly $ | Amount Paid on Your Account $38,922.87 | Prepaid Finance Charge $ |
|---|---|---|---|

Amounts Paid to Others on Your Behalf: (If an amount is marked with an asterisk (*) we will be retaining a portion of the amount.)

| | | | |
|---|---|---|---|
| $ 324.38 To EDDYS CHRYSLER DODGE | | $ 4.00 To TITLE FEE/18479 | |
| $ 340.00 To GAP INS/18479 | | $ To | |
| $ To | | $ To | |
| $ To | | $ To | |
| $ To | | $ To | |
| $ To | | $ To | |
| $ To | | $ To | |

## LOAN AGREEMENT

In this Loan Agreement ("Agreement") all references to "Credit Union," "we," "our," or "us," mean the Credit Union whose name appears above and anyone to whom the Credit Union assigns or transfers this Agreement. All references to "you," or "your" mean each person who signs this Agreement as a borrower.

1. **PROMISE TO PAY** - YOU PROMISE TO PAY $ 39,591.25 TO THE CREDIT UNION PLUS INTEREST ON THE UNPAID BALANCE UNTIL WHAT YOU OWE HAS BEEN REPAID. FOR FIXED RATE LOANS THE INTEREST RATE IS 2.740 % PER YEAR. FOR VARIABLE RATE LOANS THE INITIAL INTEREST RATE IS 2.740 % PER YEAR AND WILL VARY AS FOLLOWS:

    THE INTEREST RATE WILL VARY IF THE U.S. TREASURY SECURITY ADJUSTED TO A CONSTANT MATURITY OF ONE YEAR (INDEX) CHANGES. WE WILL USE THE MOST RECENT INDEX VALUE AVAILABLE TO US AS OF THE BUSINESS DAY PRECEDING ANY INTEREST RATE CHANGE. WE WILL ADD A MARGIN OF      % TO THE INDEX TO DETERMINE THE ANNUAL PERCENTAGE RATE. THE RATE WILL CHANGE SEMI-ANNUALLY ON JANUARY 1 AND JULY 1. THE RATE WILL NEVER BE HIGHER THAN 18.00% OR LESS THAN 7.00 %. ANY INTEREST RATE INCREASES WILL RESULT IN MORE PAYMENTS OF THE SAME AMOUNT. ANY INTEREST RATE DECREASES WILL RESULT IN FEWER PAYMENTS OF THE SAME AMOUNT. FOR EXAMPLE, IF YOUR LOAN WAS FOR $7,000.00 AT 9% FOR 3 YEARS AND THE RATE INCREASED TO 10% AFTER 1 YEAR, YOU WOULD MAKE 1 ADDITIONAL PAYMENT.

**Collection Costs:**

YOU AGREE TO PAY ALL COSTS OF COLLECTING THE AMOUNT YOU OWE UNDER THIS AGREEMENT, INCLUDING COURT COSTS AND REASONABLE ATTORNEY FEES PAID TO AN INDIVIDUAL WHO IS NOT AN EMPLOYEE OF THE CREDIT UNION. THE ATTORNEY FEES YOU PAY WILL NOT EXCEED 15% OF THE UNPAID DEBT AFTER DEFAULT.

2. **PAYMENTS** - You promise to make payments of the amount and at the time shown in the Truth in Lending Disclosure. If this is a variable rate loan, the Promise to Pay section tells you whether, if the interest rate increases, you will have to make more payments, higher payments, or if the final payment will be a balloon payment. You may prepay any amount without penalty. If you prepay any part of what you owe, you are still required to make the regularly scheduled payments, unless we have agreed to a change in the payment schedule. Because this is a simple interest loan, if you do not make payments exactly as scheduled, your final payment may be more or less than the amount of the final payment that is disclosed. If you elect voluntary payment protection, we will either include the premium or program fee in your payments or extend the term of your loan. If the term is extended, you will be required to make additional payments of the scheduled amount, until what you owe has been paid. You promise to make all payments to the place we choose. If this loan refinances another loan we have with you, the other loan will be canceled and refinanced as of the date of this loan.

3. **LOAN PROCEEDS BY MAIL** - If the proceeds of this loan are mailed to you, interest on this loan begins on the date the loan proceeds are mailed to you.

4. **SECURITY FOR LOAN** - This Agreement is secured by all property described in the "Security" section of the Truth in Lending Disclosure. Property securing other loans you have with us also secures this loan, unless the property is a dwelling. A dwelling secures this loan only if it is described in the "Security" section of the Truth in Lending Disclosure for this loan.

    If Credit Union has a federal charter: Statutory Lien - If you are in default on a financial obligation to us, federal law gives us the right to apply the balance of shares and dividends in all individual and joint accounts you have with us to satisfy that obligation. After you are in default, we may exercise this right without further notice to you. (We have a federal charter if our name includes the term "Federal Credit Union.")

    If Credit Union has a state charter, except in Massachusetts: We have a statutory lien on the shares and dividends and, if any, the deposits and interest in all individual and joint accounts you have with us and may exercise our rights under the lien to the extent permitted by state law. (We have a state charter if our name does not include the term "Federal Credit Union.")

    For all borrowers: You pledge as security for this loan all shares and dividends and, if any, all deposits and interest in all joint and individual accounts you have with the credit union now and in the future. The statutory lien and/or your pledge will allow us to apply the funds in your account(s) to what you owe when you are in default. The statutory lien and your pledge do not apply to any Individual Retirement Account or any other account that would lose special tax treatment under state or federal law if given as security.

5. **DEFAULT** - The following paragraph applies to borrowers in Colorado, D.C., Massachusetts, Missouri, Nebraska and West Virginia: You will be in default under this Agreement if you do not make a payment of the amount required on or before the date it is due. You will be in default if you break any promise you made in connection with this loan or if anyone is in default under any security agreement made in connection with this Agreement. You will be in default if you die, file for bankruptcy, become insolvent (that is, unable to pay your bills and loans as they become due), or if you made any false or misleading statements in your loan application. You will also be in default if something happens that we believe may seriously affect your ability to repay what you owe under this Agreement or if you are in default under any other loan agreement you have with us.

© CUNA MUTUAL GROUP, 1999, 2000, 01, 02, 03, 04, ALL RIGHTS RESERVED                                                                                                            NXRC15 (LASER)

# KANSAS

Department of Revenue
Division of Vehicles
Topeka KS 66626-0001



## TITLE AND REGISTRATION RECEIPT

PLATE NO.

| TRANSACTION | DESCRIPTION |
|---|---|
| TR-01-145-01 | Title And Registration Passenger |
| DATE 06-23-2014 | Standard County Regular |

**OWNERS NAME**
DUNCAN ANDREW MICHAEL
BURKS STEPHANIE C

| VEHICLE ID NUMBER | VEHICLE TYPE | PLATE NO. |
|---|---|---|
| 3C4PDCGG2ET263785 | REGISTRATION TYPE | DECAL NO. |
| MAKE MODEL YEAR | STYLE TRUCK CLASS | REGISTRATION EXPIRES: 04-30-2015 |
| DODG JOURNE 2014 | UT | DISPOSED VEHICLE |
| MILEAGE PUR TO KS DATE | EMPTY WT. GROSS WT. | |
| 12 05-17-2014 | 4054 4054 | |

*Complete When Applying for Duplicate* I certify that I am the lawful owner of the vehicle described above and a Kansas Certificate of Title was issued to me, and that my original certificate of title has been: (Check one) lost [ ], mutilated * [ ], or has become illegible * [ ]
* Attach title to application.

**LIENS**
CAMPUS CREDIT UNION
1845 FAIRMOUNT BOX 65
WICHITA, KS 67260

### FEE SUMMARY

| TYPE | AMOUNT |
|---|---|
| Registration Fee: | $27.50 |
| County Service Fee: | $5.00 |
| Reflectorized Plate Fee: | $.50 |
| TitleFeeAmt: | $10.00 |
| County Misc Fee: | $2.00 |
| Lienholder Fee: | $1.50 |
| VIPS Fund Fee: | $4.00 |
| Property Tax: | $409.52 |

**TOD**

INSURANCE POLICY NUMBER
COMPANY

I hereby certify that I am a resident or have a bona fide place of business in this county and that I am an owner of and have in effect financial security for the above mentioned vehicle as required by law. I certify that all liens and / or encumbrances, if any, are listed and the information on this application is true and correct to the best of my knowledge.

*FALSE CERTIFICATION CAN RESULT IN CRIMINAL PROSECUTION.*

OWNER'S SIGNATURE(S) _____
Please review all information for accuracy before signing

**TOTAL AMOUNT** $460.02

| SOLD TO/REPOSSESSED BY: | | | PROPERTY TAX STATEMENT | PRIOR YEAR TAX |
|---|---|---|---|---|
| LOCAL BASE POINT | CLASS | 021 | TAX $409.52 | $.00 |
| SITUS | PREV TAX VALUE | | PENALTY $.00 | $.00 |
| TAX UNIT 6714 | NEW TAX VALUE | $.00 | CRDT TOTAL | |
| DUNCAN ANDREW MICHAEL | | | TOTAL | |