**SO ORDERED.**

**SIGNED this 5th day of February, 2015.**




Dale L. Somers
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | **ELECTRONICALLY FILED** |
| ANDREW MICHAEL DUNCAN, ) | Case No: 15-10116-7 |
| KELSEY LEIGH BURKS, ) | |
| Debtor(s). ) | |

**ORDER APPROVING STIPULATION MODIFYING STAY**
**OF CAMPUS CREDIT UNION ON 2014 DODGE JOURNEY**

This matter comes on regularly upon the stipulation of the parties herein set forth for an order modifying stay. The debtor(s) in possession, appears by and through their attorney, Donald C. Astle. Campus Credit Union appears by and through its attorney, J. Michael Lehman of Bruce, Bruce & Lehman, L.L.C. The Bankruptcy Trustee, Edward J. Nazar, appears in person.

The parties announce to the Court that they stipulate that:

1. Campus Credit Union is the holder of a claim in the amount of $36,134.97 on the 2014 Dodge Journey.

6

2. Campus Credit Union claims the loans it has are secured by:

   2014 DODGE JOURNEY, VIN#3C4PDCGG2ET263785
   and all shares in the Credit Union

3. Modifying the stay and perpetuating the in rem claims with Campus Credit Union in the 2014 Dodge Journey would adequately protect all interested parties.

4. The debtor intends to surrender 2014 Dodge Journey, so no purpose is served by the 14 day stay pursuant to Bankruptcy Rule 4001(a)(3).

5. The secured claim of Campus Credit Union is disallowed as a claim herein on the 2014 Dodge Journey until such time as Campus Credit Union files an amended claim for a deficiency amount and without prejudice to any funds which may have been paid prior to stay modification.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the 11 U.S.C..§ 362 Stay be lifted on the 2008 GMC Acadia, that the Court waive jurisdiction over the 2014 Dodge Journey, and that the credit union may proceed in rem to obtain possession of the 2014 Dodge Journey outside this court through foreclosure in state court or through any other lawful means, but no ancillary relief such as receivership will be granted.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the 14 day stay provided by Bankruptcy Rule 4001(a)(3) is waived on the 2014 Dodge Journey due to the debtor's intent to surrender.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Campus Credit Union account to the Trustee for any surplus funds over and above its claim.

# # #

APPROVED:

BRUCE, BRUCE & LEHMAN, L.L.C.
S/ J. Michael Lehman
J. MICHAEL LEHMAN, #9831
BRUCE, BRUCE & LEHMAN, L.L.C.
P. O. Box 75037
Wichita, KS  67275-5037
Telephone: (316) 264-8000
Facsimile: (316) 267-4488
Mlehman@ksadvocates.com
Attorney for Campus Credit Union


S/ Donald C. Astle
DONALD C. ASTLE, #11865
PO Box 84
Wichita, KS  67201-0084
Telephone: (316) 262-3007
Attorney for Debtors


S/ Edward J. Nazar
EDWARD J. NAZAR, #09845
301 North Main, Suite 2000
Wichita, KS 67202-4820
Telephone: (316) 267-2000
Bankruptcy Trustee

```
                            United States Bankruptcy Court
                                   District of Kansas
In re:                                                          Case No. 15-10116-DLS
Andrew Michael Duncan                                           Chapter 7
Kelsey Leigh Burks
         Debtors                    CERTIFICATE OF NOTICE
District/off: 1083-6         User: mel              Page 1 of 1            Date Rcvd: Feb 05, 2015
                             Form ID: pdf020        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2015.
db/jdb          Andrew Michael Duncan,   Kelsey Leigh Burks,    11116 W Grant St,    Wichita, KS  67209-3220
cr             +Campus Credit Union,   1845 Fairmount, Box 65,    Wichita, KS 67260-9700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2015 at the address(es) listed below:
              Donald C. Astle    on behalf of Joint Debtor Kelsey Leigh Burks ecf@astlelaw.com
              Donald C. Astle    on behalf of Debtor Andrew Michael Duncan ecf@astlelaw.com
              Edward J Nazar     ebn1@hinklaw.com, enazar@ecf.epiqsystems.com
              J. Michael Lehman    on behalf of Creditor   Campus Credit Union Mail@KsAdvocates.com
              U.S. Trustee     ustpregion20.wi.ecf@usdoj.gov
                                                                                          TOTAL: 5