Certificate Number: 17082-KS-DE-025097518

Bankruptcy Case Number: 15-10116



17082-KS-DE-025097518

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 28, 2015, at 6:34 o'clock PM MST, ANDREW M DUNCAN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Kansas.

Date:  February 28, 2015   By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director