Certificate Number: 17082-KS-DE-025097509

Bankruptcy Case Number: 15-10116



17082-KS-DE-025097509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 28, 2015, at 6:26 o'clock PM MST, KELSEY L BURKS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Kansas.

Date: February 28, 2015

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director