**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No: 15-10116 DLS Judge: DALE L. SOMERS  
Case Name: DUNCAN, ANDREW MICHAEL  
BURKS, KELSEY LEIGH  
For Period Ending: 03/11/15

Trustee Name: EDWARD J NAZAR  
Date Filed (f) or Converted (c): 01/27/15 (f)  
341(a) Meeting Date: 02/23/15  
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash on Deposit Campus CU | 25.00 | 25.00 | | 0.00 | 25.00 |
| 3. Cash on Deposit Meritrust CU | 25.00 | 25.00 | | 0.00 | 25.00 |
| 4. Cash on Deposit White Eagle CU | 25.00 | 25.00 | | 0.00 | 25.00 |
| 5. Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) | 1,800.00 | 0.00 | | 0.00 | FA |
| 9. 2014 Earned Income Tax Credit | Unknown | 0.00 | | 0.00 | FA |
| 10. 2014 Tax Refunds | Unknown | Unknown | | 0.00 | Unknown |
| 11. 2014 Dodge | 24,000.00 | 0.00 | | 0.00 | FA |
| 12. 2014 Honda | 19,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $46,575.00 | $75.00 | | $0.00 | Gross Value of Remaining Assets $75.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 11, 2015, 12:23 pm; 2014 Tax Refunds

Initial Projected Date of Final Report (TFR): 02/15/16    Current Projected Date of Final Report (TFR): 02/15/16

LFORM1

Case 15-10116  Doc# 16  Filed 03/11/15  Page 1 of 1

Ver: 18.04