HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

ROBERT ELISHA CRIDER, JR.

Case No. 15-10117
Chapter 7

Debtor(s)

## APPLICATION BY TRUSTEE TO EMPLOY LAW FIRM

The application of Edward J. Nazar, Trustee in Bankruptcy, respectfully represents:

1. Movant seeks to engage Hinkle Law Firm, LLC, 301 North Main, Suite 2000, Wichita, Kansas 67202-4820, and its attorneys, Edward J. Nazar, Martin R. Ufford, W. Thomas Gilman and Nicholas R. Grillot for engagement of professional services.

2. These professional services would include representation of the Trustee in all proceedings before the United States Bankruptcy Court, including hearings on any motions for relief from stay, contested matters, adversary proceedings, motions and notices pertaining to sales, avoidance of liens, objections to exemptions, negotiations with creditors and parties in interest, or any other matter typically requiring the involvement of an attorney.

3. Pursuant to Local Bankruptcy Rule 9010-1, the Trustee as an entity, is prohibited from appearing in court. The Trustee as an entity may only appear and participate in court only through an attorney in an adversary, contested matter, or other court hearing involving the questioning of the witness or presentation to the Court.

4. Hinkle Law Firm, LLC has expertise in the bankruptcy field and has appeared in numerous bankruptcy proceedings in the United States Bankruptcy Court for the District of Kansas.

5. The appointment of Hinkle Law Firm, LLC to represent the Trustee in Bankruptcy is not prohibited by law or any other legal impediment.

6. Hinkle Law Firm, LLC shall be compensated at the hourly rates for members of Hinkle Law Firm, LLC as set forth below:

In the United States Bankruptcy Court for the District of Kansas
IN RE: ROBERT ELISHA CRIDER, JR.
      Bankruptcy Case No. 15-10117-7
      Application By Trustee to Employ Law Firm
Page 2

---

| | |
|---|---|
| Edward J. Nazar | $285/hour |
| Martin R. Ufford | $245/hour |
| W. Thomas Gilman | $245/hour |
| Nicholas R. Grillot | $210/hour |

7. No retainer or other prepaid compensation has been paid and that the compensation agreed to be paid shall be in the form of hourly compensation as approved by the U.S. Bankruptcy Court.

WHEREFORE, applicant prays that he be authorized to appoint Hinkle Law Firm, LLC in this case and that he have such other and further relief as is just and equitable.

RESPECTFULLY SUBMITTED:

HINKLE LAW FIRM, LLC
Employer ID# 48-1029309

/s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Trustee
301 North Main, Suite 2000
Wichita, KS 67202-4820
316-267-2000 / 316-264-1518 fax
ebn1@hinklaw.com

HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

ROBERT ELISHA CRIDER, JR.

Case No. 15-10117
Chapter 7

Debtor(s)

## AFFIDAVIT

STATE OF KANSAS    )
                   ) ss:
SEDGWICK COUNTY    )

Edward J. Nazar, of lawful age, being first duly sworn, states:

1. Affiant is disinterested as that term is defined under 11 U.S.C. §101.

2. The attorney does not hold or represent an interest adverse to the estate.

3. Affiant has examined the schedules and determined that neither he nor she nor any other member of the firm, or any other attorney employed by the law firm who will appear before this Court in the conduct of the case, do not hold or represent an adverse interest to the estate and are disinterested as that term is defined under 11 U.S.C. §105.

4. Affiant and other members of the law firm and all other attorneys who are employees of the law firm are not connected with nor hold a business or familiar relationship with the debtor, any creditor, any other party in interest, their respective accountants and attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

5. Affiant understands that there is a continuing duty to disclose an adverse interest and change of circumstances.

6. Affiant understands that the Court's approval of the application is not approval of any proposed terms or compensation and under the provisions of 11 U.S.C. §328(a), and the Court may allow compensation under terms different from those previously approved in the Application.

In the United States Bankruptcy Court for the District of Kansas
IN RE: ROBERT ELISHA CRIDER, JR.
Bankruptcy Case No. 15-10117-7
Affidavit
Page 2

/s/Edward J. Nazar
Edward J. Nazar, #09845
301 North Main, Suite 2000
Wichita, KS 67202-4820
316-267-2000 / 316-264-1518 fax
ebn1@hinklaw.com

SUBSCRIBED AND SWORN to before me this 10th day of March, 2015.

Rhonda Kane
Notary Public

RHONDA KANE
My Appointment Expires
October 27, 2017

My appointment expires