HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>ANDREW MICHAEL DUNCAN<br>KELSEY LEIGH BURKS<br><br>Debtor(s) | Case No. 15-10116<br>Chapter 7 |

**NOTICE OF HEARING ON APPLICATION BY TRUSTEE TO EMPLOY LAW FIRM**
**OBJECTION DEADLINE: APRIL 10, 2015**
**HEARING DATE: MAY 14, 2015 at 9:00 A.M.**

YOU ARE HEREBY notified that if no objection to the Application by Trustee to Employ Law Firm is filed in writing with the Clerk of the U.S. Bankruptcy Court by APRIL 10, 2015, said motion will be granted by entry of an order to be prepared and submitted by counsel for movant.

If a written objection is timely filed with the Clerk of the Bankruptcy Court (401 N. Market, Room 167, Wichita, KS, 67202), a hearing will be scheduled on MAY 14, 2015 at 9:00 a.m.

Hearing will not be held on this application unless an objection and/or response is timely filed with the Clerk on or before APRIL 10, 2015.

HINKLE LAW FIRM, LLC


 /s/Edward J. Nazar
Edward J. Nazar  #09845
Attorneys for Trustee
301 North Main, Suite 2000
Wichita, KS  67202-4820
316-267-2000 / 316-630-7375 fax
ebn1@hinklaw.com

In the United States Bankruptcy Court for the District of Kansas
IN RE:   ANDREW MICHAEL DUNCAN and KELSEY LEIGH BURKS
          Bankruptcy Case No. 15-10116-7
          Notice for Hearing on Application by Trustee to Employ Law Firm
Page 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20 day of March, 2015, a true and correct copy of the Application by Trustee to Employ Law Firm, together with the Notice of Hearing, were filed electronically with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.


/s/Rhonda Kane
Rhonda Kane
Legal Assistant to Edward J. Nazar