HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

ANDREW MICHAEL DUNCAN
KELSEY LEIGH BURKS

Case No. 15-10116
Chapter 7

Debtors

**MOTION FOR TURNOVER OF SPECIFIC ASSETS**

COMES NOW, the Trustee, and hereby requests the Court for an Order pursuant to the provisions of 11 U.S.C. §541, 11 U.S.C. §542, and 11 U.S.C. §543 for production of the following specific assets.

1. Copies of Debtors' 2014 Federal and State income tax returns with turnover to the Trustee at the earlier of completion date or April 15, 2015.

2. In addition, the Trustee requests the Court for an Order requiring the Debtors to turnover the Debtors' 2014 Federal and State income tax refunds. The refunds to be turned over shall be net of, or not include, any earned income credit portion of the refunds.

3. Under 11 U.S.C. §521(f), the Trustee is entitled to:

    "a copy of each Federal income tax return required under applicable law...

    with respect to each tax return of the debtor ending while the case is pending."

    In addition, the Trustee may request:

    "at the same time filed with the taxing authority, each Federal income tax return... that had not been

    filed with such authority as of the date of the commencement of

    the case and that was subsequently filed for any tax year of the debtor ending in

    the 3-year period ending on the date of the commencement of the case."

4. In addition, the Trustee requests the production of the following other assets:

    N/A

In the United States Bankruptcy Court for the District of Kansas
IN RE: ANDREW MICHAEL DUNCAN and KELSEY LEIGH BURKS
      Bankruptcy 15-10116-7
      Motion for Turnover of Specific Assets
Page 2

      WHEREFORE, the Trustee prays the Court issue an Order requiring turnover of the specifically denominated assets set forth herein.

RESPECTFULLY SUBMITTED:

HINKLE LAW FIRM, LLC


/s/ Edward J. Nazar
Edward J. Nazar, #09845
Attorneys for Trustee
300 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000 / 316-264-1518 fax
ebn1@hinklaw.com