HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

ANDREW MICHAEL DUNCAN
KELSEY LEIGH BURKS

Debtors

Case No. 15-10116
Chapter 7

## MOTION FOR ABANDONMENT

COMES NOW, the Trustee, and hereby request the Court for an Order pursuant to the provision of 11 U.S.C. §554 for abandonment of assets:

1. Under the provisions of 11 U.S.C. §554 and Federal Rules of Bankruptcy Procedure 3011 and 6007, the Trustee requests the Court for an order allowing abandonment of the non-exempt real and personal property of the Debtor, except for outlined in the Motion for Turnover of Specific Assets filed.

WHEREFORE, the Trustee prays the Court issue an Order for Abandonment of all other non-exempt real and personal property assets of the Debtor as set forth herein.

RESPECTFULLY SUBMITTED:

HINKLE LAW FIRM, LLC


s/ Edward J. Nazar
Edward J. Nazar, #09845
Attorneys for Trustee
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000 / 316-264-1518 fax
ebn1@hinklaw.com