HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>ANDREW MICHAEL DUNCAN<br>KELSEY LEIGH BURKS<br><br>Debtors | Case No. 15-10116<br>Chapter 7 |

### NOTICE OF HEARING ON MOTION FOR ABANDONMENT
### OBJECTION DEADLINE: APRIL 10, 2015
### HEARING DATE: MAY 14, 2015 AT 9:00 A.M.

YOU ARE HEREBY notified that if no objection to the Motion for Abandonment is filed in writing with the Clerk of the U.S. Bankruptcy Court by APRIL 10, 2015, said Motion will be granted by entry of an order to be prepared and submitted by counsel for movant.

If a written objection is timely filed with the Clerk of the Bankruptcy Court (401 North Market, Room 167, Wichita, Kansas 67202, a hearing will be scheduled on MAY 14, 2015, at 9:00 a.m.

Hearing will not be held on this Motion unless an objection and/or response is timely filed with the Clerk.

HINKLE LAW FIRM, LLC


/s/ Edward J. Nazar
Edward J. Nazar, #09845
Attorneys for Trustee
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000 / 316-264-1518 fax
ebn1@hinklaw.com

In the United States Bankruptcy Court for the District of Kansas
IN RE: ANDREW MICHAEL DUNCAN and KELSEY LEIGH BURKS
Bankruptcy 15-10116-7
Notice of Hearing on Motion for Abandonment
Page 2

## CERTIFICATE OF MAILING

      The undersigned hereby certifies that on the 20 day of March, 2015, a true and correct copy of the Motion for Abandonment, together with the Notice of Hearing were filed electronically with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating the CM/ECF system, and a copy of the same was forwarded by first class United States mail, postage prepaid and addressed to those parties not participating in the CM/ECF system. The parties of interest receiving notification either electronically or by first class United States mail are as follows:

Donald C. Astle
Attorney at Law
PO Box 84
Wichita, KS 67201-0084

United States Trustee
301 North Main, Suite 1150
Wichita, KS 67202

                                              /s/ Rhonda Kane
                                              Rhonda Kane
                                              Legal Assistant to Edward J. Nazar