HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

ANDREW MICHAEL DUNCAN
KELSEY LEIGH BURKS

Debtors

Case No. 15-10116
Chapter 7

**MOTION TO LIMIT NOTICE**

COMES NOW the Trustee and hereby moves the Court for an Order under Rule 2002(a)(2) limiting the notice of the Motion for Order of Abandonment.

In support thereof, the Trustee asserts:

1. As a matter of administrative economy and fiscal economy for the bankruptcy estate, the Trustee requests the Court for an order under Rule 2002(a)(2) limiting notice of the Motion for Abandonment to the Debtors and the United States Trustee.

WHEREFORE, the Trustee prays the Court issue an order reducing notice of the Motion for Abandonment as set forth herein.

RESPECTFULLY SUBMITTED:

HINKLE LAW FIRM, LLC


 /s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Trustee
301 North Main, Suite 2000
Wichita, KS 67202-4820
316-267-2000 / 316-264-1518 fax
ebn1@hinklaw.com