**SO ORDERED.**

**SIGNED this 20th day of March, 2015.**



*Dale L. Somers*
Dale L. Somers
United States Bankruptcy Judge

___

HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>ANDREW MICHAEL DUNCAN<br>KELSEY LEIGH BURKS<br><br>Debtors | Case No. 15-10116<br>Chapter 7 |

### JOURNAL ENTRY AND ORDER GRANTING
### MOTION TO LIMIT NOTICE

This matter comes on for hearing upon the Trustee's Motion to Limit Notice. The Trustee appears by and through his counsel of record, Hinkle Law Firm, LLC. There are no other appearances.

WHEREUPON THE COURT FINDS:

1. As a matter of administrative economy and fiscal economy for the bankruptcy estate, the notice of the Motion for Abandonment shall be limited to the Debtors and the United States

In the United States Bankruptcy Court for the District of Kansas
IN RE:   ANDREW MICHAEL DUNCAN KELSEY LEIGH BURKS
          Bankruptcy Case No. 15-10116
          Journal Entry and Order Granting Motion to Limit Notice
Page 2

Trustee.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that notice shall be reduced set forth herein.

IT IS SO ORDERED.

# # #

APPROVED BY:

HINKLE LAW FIRM, LLC


 /s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Trustee
301 North Main, Suite 2000
Wichita, KS 67202-4820
316-267-2000 / 316-264-1518 fax
ebn1@hinklaw.com