**SO ORDERED.**

**SIGNED this 20th day of March, 2015.**



_____
Dale L. Somers
United States Bankruptcy Judge
_____

HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | Case No. 15-10116 |
| ANDREW MICHAEL DUNCAN<br>KELSEY LEIGH BURKS | Chapter 7 |
| Debtors | |

**JOURNAL ENTRY AND ORDER GRANTING
MOTION TO LIMIT NOTICE**

This matter comes on for hearing upon the Trustee's Motion to Limit Notice. The Trustee appears by and through his counsel of record, Hinkle Law Firm, LLC. There are no other appearances.

WHEREUPON THE COURT FINDS:

1. As a matter of administrative economy and fiscal economy for the bankruptcy estate, the notice of the Motion for Abandonment shall be limited to the Debtors and the United States

In the United States Bankruptcy Court for the District of Kansas
IN RE:   ANDREW MICHAEL DUNCAN KELSEY LEIGH BURKS
         Bankruptcy Case No. 15-10116
         Journal Entry and Order Granting Motion to Limit Notice
Page 2

Trustee.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that notice shall be reduced set forth herein.

IT IS SO ORDERED.

# # #

APPROVED BY:

HINKLE LAW FIRM, LLC


 /s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Trustee
301 North Main, Suite 2000
Wichita, KS 67202-4820
316-267-2000 / 316-264-1518 fax
ebn1@hinklaw.com

```
                            United States Bankruptcy Court
                                  District of Kansas
In re:                                                              Case No. 15-10116-DLS
Andrew Michael Duncan                                               Chapter 7
Kelsey Leigh Burks
        Debtors                     CERTIFICATE OF NOTICE
District/off: 1083-6          User: mel              Page 1 of 1            Date Rcvd: Mar 20, 2015
                              Form ID: pdf020        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2015.
db/jdb        Andrew Michael Duncan,    Kelsey Leigh Burks,   11116 W Grant St,   Wichita, KS  67209-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2015 at the address(es) listed below:
              Donald C. Astle    on behalf of Joint Debtor Kelsey Leigh Burks ecf@astlelaw.com
              Donald C. Astle    on behalf of Debtor   Andrew Michael Duncan ecf@astlelaw.com
              Edward J Nazar     ebn1@hinklaw.com,   enazar@ecf.epiqsystems.com
              J. Michael Lehman    on behalf of Creditor    Campus Credit Union Mail@KsAdvocates.com
              James R. Hanson    on behalf of Creditor   Credit Union of America jhanson@gh-wichita.com,
               lrensner@gh-wichita.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                              TOTAL: 6