**SO ORDERED.**

**SIGNED this 13th day of April, 2015.**



                                                    Dale L. Somers
                                   United States Bankruptcy Judge

_____

HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | Case No. 15-10116 |
| ANDREW MICHAEL DUNCAN<br>KELSEY LEIGH BURKS | Chapter 7 |
| Debtor(s) | |

### ORDER AUTHORIZING TRUSTEE TO EMPLOY LAW FIRM

      At Wichita, Kansas, this matter comes on for authority to employ counsel, and the Court finds that the matter can be ruled upon without notice or hearing; and the Court finds that the relief prayed for should be granted for the reasons set forth in the Application.

1.    Movant seeks to engage Hinkle Law Firm, LLC, 301 North Main, Suite 2000, Wichita, Kansas 67202-4820, and its attorneys, Edward J. Nazar, Martin R. Ufford, W. Thomas Gilman and Nicholas R. Grillot, for engagement of professional services.

2.    These professional services would include representation of the Trustee in all proceedings before the United States Bankruptcy Court, including hearings on any motions for relief from stay, contested matters, adversary proceedings, motions and notices pertaining to

sales, avoidance of liens, objections to exemptions, or any other matter typically requiring the involvement of an attorney.

3. Pursuant to Local Bankruptcy Rule 9010-1, the Trustee as an entity, is prohibited from appearing in court. The Trustee as an entity may only appear and participate in court only through an attorney in an adversary, contested matter, or other court hearing involving the questioning of the witness or presentation to the Court.

4. Hinkle Law Firm, LLC has expertise in the bankruptcy field and has appeared in numerous bankruptcy proceedings in the United States Bankruptcy Court for the District of Kansas.

5. The appointment of Hinkle Law Firm, LLC to represent the Trustee is not prohibited by law or any other legal impediment.

6. Hinkle Law Firm, LLC shall be compensated at the hourly rates for members of Hinkle Law Firm, LLC as set forth below:

| | |
|---|---|
| Edward J. Nazar | $285/hour |
| Martin R. Ufford | $245/hour |
| W. Thomas Gilman | $245/hour |
| Nicholas R. Grillot | $210/hour |

7. No retainer or other prepaid compensation has been paid and that the compensation agreed to be paid shall be in the form of hourly compensation as approved by the U.S. Bankruptcy Court.

The Court further finds that this matter has been noticed out with opportunity for hearing, that no objections were filed, and that no hearing was held.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Trustee be authorized to employ Hinkle Law Firm, LLC as his counsel upon the above and foregoing terms of compensation subject to approval by the Court.

IT IS SO ORDERED.

# # #

APPROVED BY:

HINKLE LAW FIRM, LLC


 /s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Trustee
301 North Main, Suite 2000
Wichita, KS  67202-4820
316-267-2000 / 316-264-1518 fax
ebn1@hinklaw.com