# Notice Recipients

District/Off: 1083−6     User: mel     Date Created: 4/13/2015
Case: 15−10116     Form ID: pdf020     Total: 3

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     ustpregion20.wi.ecf@usdoj.gov
tr     Edward J Nazar     ebn1@hinklaw.com
aty     Donald C. Astle     ecf@astlelaw.com

TOTAL: 3