**SO ORDERED.**

**SIGNED this 14th day of April, 2015.**



*Dale L. Somers*
Dale L. Somers
United States Bankruptcy Judge

_____

HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | Case No. 15-10116 |
| ANDREW MICHAEL DUNCAN<br>KELSEY LEIGH BURKS | Chapter 7 |
| Debtors | |

### JOURNAL ENTRY AND ORDER GRANTING
### TRUSTEE'S MOTION FOR TURNOVER OF SPECIFIC ASSETS

This matter comes on for hearing upon the Trustee's Motion for Turnover of Specific Assets. The Trustee appears by and through his counsel of record, Hinkle Law Firm, LLC. There are no other appearances.

WHEREUPON, THE COURT FINDS that this matter was noticed out with opportunity for hearing, that no objections were filed, and no hearing was held. The Court further finds it appropriate to require turnover of the following:

In the United States Bankruptcy Court for the District of Kansas
IN RE: ANDREW MICHAEL DUNCAN and KELSEY LEIGH BURKS
Bankruptcy Case No. 15-10116-7
Journal Entry and Order Granting Trustee's Motion for Turnover of Specific Assets
Page 2

1. Copies of Debtors' 2014 Federal and State income tax returns with turnover to the Trustee at the earlier of completion date or April 15, 2015.

2. In addition, the Debtors shall turnover the Debtors' 2014 Federal and State income tax refunds. The refunds to be turned over shall be net of, or not include, any earned income credit portion of the refunds.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Federal and State income tax returns of the Debtors shall be turned over to the Chapter 7 Trustee within ten (10) days after April 15, 2015 and the prorated income tax refund check(s), net of any earned income credit, shall be turned over to the Chapter 7 Trustee within ten (10) days after receipt of the said check(s).

IT IS SO ORDERED.

### #

APPROVED BY:

HINKLE LAW FIRM, LLC

/s/ Edward J. Nazar
Edward J. Nazar, #09845
Attorneys for Trustee
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000 / 316-264-1518 fax
ebn1@hinklaw.com