**SO ORDERED.**

**SIGNED this 14th day of April, 2015.**



*Dale L. Somers*
Dale L. Somers
United States Bankruptcy Judge

_____

HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

ANDREW MICHAEL DUNCAN
KELSEY LEIGH BURKS

Debtors

Case No. 15-10116
Chapter 7

### JOURNAL ENTRY AND ORDER GRANTING
### MOTION FOR ORDER OF ABANDONMENT

This matter comes on for hearing upon the Trustee's Motion for Order of Abandonment. The Trustee appears by and through his counsel of record, Hinkle Law Firm, LLC. There are no other appearances.

WHEREUPON THE COURT FINDS that this matter was noticed out with opportunity for hearing, that no objections were filed and no hearing was held. The Court further finds it appropriate to grant abandonment of the nonexempt real and personal property of the Debtors, except as outlined

In the United States Bankruptcy Court for the District of Kansas
IN RE:   ANDREW MICHAEL DUNCAN and KELSEY LEIGH BURKS
            Bankruptcy Case No. 15-10116
            Journal Entry and Order Granting Motion for Order of Abandonment
Page 2

in the companion Motion for Turnover of Specific Assets filed hereunder.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all other nonexempt real and personal property of the Debtors, except as outlined in the Motion for Turnover of Specific Assets shall be abandoned by the Trustee.

IT IS SO ORDERED.

# # #

APPROVED BY:

HINKLE LAW FIRM, LLC

/s/ Edward J. Nazar
Edward J. Nazar, #09845
Attorneys for Trustee
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000 / 316-264-1518 fax
ebn1@hinklaw.com