**SO ORDERED.**

**SIGNED this 14th day of April, 2015.**



_____
Dale L. Somers
United States Bankruptcy Judge
_____

HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | Case No. 15-10116 |
| ANDREW MICHAEL DUNCAN<br>KELSEY LEIGH BURKS | Chapter 7 |
| Debtors | |

### JOURNAL ENTRY AND ORDER GRANTING
### TRUSTEE'S MOTION FOR TURNOVER OF SPECIFIC ASSETS

This matter comes on for hearing upon the Trustee's Motion for Turnover of Specific Assets. The Trustee appears by and through his counsel of record, Hinkle Law Firm, LLC. There are no other appearances.

WHEREUPON, THE COURT FINDS that this matter was noticed out with opportunity for hearing, that no objections were filed, and no hearing was held. The Court further finds it appropriate to require turnover of the following:

In the United States Bankruptcy Court for the District of Kansas
IN RE:   ANDREW MICHAEL DUNCAN and KELSEY LEIGH BURKS
         Bankruptcy Case No. 15-10116-7
         Journal Entry and Order Granting Trustee's Motion for Turnover of Specific Assets
Page 2

1. Copies of Debtors' 2014 Federal and State income tax returns with turnover to the Trustee at the earlier of completion date or April 15, 2015.

2. In addition, the Debtors shall turnover the Debtors' 2014 Federal and State income tax refunds. The refunds to be turned over shall be net of, or not include, any earned income credit portion of the refunds.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Federal and State income tax returns of the Debtors shall be turned over to the Chapter 7 Trustee within ten (10) days after April 15, 2015 and the prorated income tax refund check(s), net of any earned income credit, shall be turned over to the Chapter 7 Trustee within ten (10) days after receipt of the said check(s).

IT IS SO ORDERED.

# # #

APPROVED BY:

HINKLE LAW FIRM, LLC


/s/ Edward J. Nazar
Edward J. Nazar, #09845
Attorneys for Trustee
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000 / 316-264-1518 fax
ebn1@hinklaw.com

```
                         United States Bankruptcy Court
                               District of Kansas
In re:                                                       Case No. 15-10116-DLS
Andrew Michael Duncan                                        Chapter 7
Kelsey Leigh Burks
        Debtors                   CERTIFICATE OF NOTICE
District/off: 1083-6      User: mel              Page 1 of 1               Date Rcvd: Apr 14, 2015
                          Form ID: pdf020        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2015.
db/jdb         Andrew Michael Duncan,    Kelsey Leigh Burks,    11116 W Grant St,    Wichita, KS  67209-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2015 at the address(es) listed below:
              Donald C. Astle    on behalf of Joint Debtor Kelsey Leigh Burks ecf@astlelaw.com
              Donald C. Astle    on behalf of Debtor Andrew Michael Duncan ecf@astlelaw.com
              Edward J Nazar     ebn1@hinklaw.com,   enazar@ecf.epiqsystems.com
              Edward J. Nazar    on behalf of Trustee Edward J Nazar ebn1@hinklaw.com,
               enazar@ecf.epiqsystems.com;rkane@hinklaw.com;thanning@hinklaw.com
              J. Michael Lehman   on behalf of Creditor   Campus Credit Union Mail@KsAdvocates.com
              James R. Hanson    on behalf of Creditor   Credit Union of America jhanson@gh-wichita.com,
               lrensner@gh-wichita.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                              TOTAL: 7