**SO ORDERED.**

**SIGNED this 14th day of April, 2015.**



_____
Dale L. Somers
United States Bankruptcy Judge
_____

HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| IN RE: | |
|---|---|
| ANDREW MICHAEL DUNCAN<br>KELSEY LEIGH BURKS | Case No. 15-10116<br>Chapter 7 |
| Debtors | |

### JOURNAL ENTRY AND ORDER GRANTING
### MOTION FOR ORDER OF ABANDONMENT

This matter comes on for hearing upon the Trustee's Motion for Order of Abandonment. The Trustee appears by and through his counsel of record, Hinkle Law Firm, LLC. There are no other appearances.

WHEREUPON THE COURT FINDS that this matter was noticed out with opportunity for hearing, that no objections were filed and no hearing was held. The Court further finds it appropriate to grant abandonment of the nonexempt real and personal property of the Debtors, except as outlined

In the United States Bankruptcy Court for the District of Kansas
IN RE:   ANDREW MICHAEL DUNCAN and KELSEY LEIGH BURKS
 Bankruptcy Case No. 15-10116
 Journal Entry and Order Granting Motion for Order of Abandonment
Page 2

in the companion Motion for Turnover of Specific Assets filed hereunder.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all other nonexempt real and personal property of the Debtors, except as outlined in the Motion for Turnover of Specific Assets shall be abandoned by the Trustee.

IT IS SO ORDERED.

# # #

APPROVED BY:

HINKLE LAW FIRM, LLC


/s/ Edward J. Nazar
Edward J. Nazar, #09845
Attorneys for Trustee
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000 / 316-264-1518 fax
ebn1@hinklaw.com

```
                            United States Bankruptcy Court
                                  District of Kansas
In re:                                                           Case No. 15-10116-DLS
Andrew Michael Duncan                                            Chapter 7
Kelsey Leigh Burks
        Debtors                      CERTIFICATE OF NOTICE
District/off: 1083-6        User: mel          Page 1 of 1        Date Rcvd: Apr 14, 2015
                            Form ID: pdf020    Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2015.
db/jdb         Andrew Michael Duncan,    Kelsey Leigh Burks,    11116 W Grant St,    Wichita, KS  67209-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2015 at the address(es) listed below:
              Donald C. Astle    on behalf of Joint Debtor Kelsey Leigh Burks ecf@astlelaw.com
              Donald C. Astle    on behalf of Debtor Andrew Michael Duncan ecf@astlelaw.com
              Edward J Nazar     ebn1@hinklaw.com,   enazar@ecf.epiqsystems.com
              Edward J. Nazar    on behalf of Trustee Edward J Nazar ebn1@hinklaw.com,
               enazar@ecf.epiqsystems.com;rkane@hinklaw.com;thanning@hinklaw.com
              J. Michael Lehman    on behalf of Creditor    Campus Credit Union Mail@KsAdvocates.com
              James R. Hanson    on behalf of Creditor    Credit Union of America jhanson@gh-wichita.com,
               lrensner@gh-wichita.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                            TOTAL: 7