HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

Andrew Michael Duncan
Kelsey Leigh Burks

Case No. 15-10116
Chapter

Debtor(s)

### NOTICE OF RECOVERY OF ASSETS

COMES NOW, the trustee in the above-captioned matter and states that the trustee has recovered assets or discovered potential assets believed to have a value sufficient to warrant administration.

THE TRUSTEE REQUESTS that the Clerk re-notice the above-captioned case as an asset case and set a deadline for the filing of claims in order that the case may be properly and expeditiously administered.

RESPECTFULLY SUBMITTED:

HINKLE LAW FIRM, LLC

/s/ Edward J. Nazar
Edward J. Nazar, #09845
HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, KS 67202-4820
(316) 267-2000