Form ltast  (Revised 10/25/2011)

United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 15−10116  Chapter: 7

In re:

Andrew Michael Duncan
11116 W Grant St
Wichita, KS 67209−3220

Kelsey Leigh Burks
11116 W Grant St
Wichita, KS 67209−3220

SSN: xxx−xx−2365

SSN: xxx−xx−9090

**Entered By The Court
4/20/15**

**ORDER FIXING TIME FOR FILING CLAIMS IN ORDER TO
PARTICIPATE IN LATE DISCOVERED ASSETS COMBINED WITH
NOTICE THEREOF**

**Filed By The Court
4/20/15
David D. Zimmerman
Clerk of Court
US Bankruptcy Court**

The trustee has reported to the Court the recovery of assets which may permit the payment of partial/additional dividends to creditors.

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that any creditors who have not heretofore filed claims herein may now file claims, with appropriate attachments on or before:

**DEADLINE DATE: 7/29/15**

**For governmental units the LATER of
(1) 180 days after the date of the order for relief/voluntary petition,
or
(2) the deadline date indicated above.**

Claims filed after the deadline will not be considered for allowance.

A Proof of Claim form (Official Form B 10) can be obtained at the United States Courts web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose an additional photocopy of the Proof of Claim together with a self−addressed stamped envelope. There is no fee for filing the Proof of Claim.

Document 33 − 32

s/   Dale L. Somers
U.S. Bankruptcy Judge

```
                                United States Bankruptcy Court
                                      District of Kansas
In re:                                                                Case No. 15-10116-DLS
Andrew Michael Duncan                                                 Chapter 7
Kelsey Leigh Burks
        Debtors                       CERTIFICATE OF NOTICE
District/off: 1083-6           User: mel                    Page 1 of 2                  Date Rcvd: Apr 20, 2015
                               Form ID: lateasst            Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2015.
db/jdb         Andrew Michael Duncan,    Kelsey Leigh Burks,   11116 W Grant St,   Wichita, KS 67209-3220
8124214        AMS Laboratory Inc,    PO Box 75076,   Wichita KS 67275-0076
8124212        Account Recovery,    200 W Wyatt Earp Blvd,   Dodge City KS 67801-4448
8124213       +Air City Emergency Physicians LLC,    PO Box 98737,   Las Vegas NV 89193-8737
8124215        Associates in Womens Health,    PO Box 1522,   Wichita KS 67201-1522
8124217        Auto Owners,   PO Box 30315,   Lansing MI 48909-7815
8124218        Bay Area Credit Service BR,    1901 W 10th St,   Antioch CA 94509-1380
8124219       +CAC Financial Corporation,    2601 NW Expressway Ste 1000E,   Oklahoma City OK 73112-7236
8124220        Campus Credit Union,    1845 Fairmount,   PO Box 65,   Wichita KS 67260-9700
8124221        Central States Recovery,    1314 N Main,   PO Box 3130,   Hutchinson KS 67504-3130
8124222        Credit Union Of America BR,    Aka First Choice Credit Union,    PO Box 47528,
                 Wichita KS 67201-7528
8133008        Credit Union of America,    PO Box 47528,   Wichita KS 67201-7528
8124224       +DRH Imaging,    Co CAC Financial Corp,   2601 NW Expressway Ste 1000E,
                 Oklahoma City OK 73112-7236
8124223        Dillons Stores Division Bankruptcy,    Kroger,   PO Box 1608,   Hutchinson KS 67504-1608
8124225        Emergency Service Prof,    PO Box 548,   Wichita KS 67201-0548
8124227        Financial Corp of America,    12515 Research Blvd Bldg 2 Ste 100,    PO Box 203500,
                 Austin TX 78720-3500
8124230       +Genesis Health Club BR,    6100 E Central Ave Ste 3,   Wichita KS 67208-4236
8124231        Heartland Cardiology,    551 N Hillside St Ste 410,   Wichita KS 67214-4927
8124232       +Hillside Medical Office,    855 N Hillside St,   Wichita KS 67214-4982
8124233        Homolka C Dean,   Attorney At Law,    200 E 1st St N Ste 542,   Wichita KS 67202-2110
8124236        Kansas Department Of Revenue,    Accounts Receivable Setoff Program,    PO Box 2713,
                 Topeka KS 66601-2713
8124237        Kansas Gas Service,    PO Box 3535,   Topeka KS 66601-3535
8124238        Kansas Imaging Consultants BR,    929 N Saint Francis St,   Wichita KS 67214-3821
8124239        Kansas Orthopaedic Center-Bankruptc,    7550 W Village Cir Ste 1,    PO Box 1174,
                 Wichita KS 67201-1174
8124240      ++MID CONTINENT CREDIT SERVICES,    3161 N ROCK RD,   STE B,   WICHITA KS 67226-1453
              (address filed with court: Mid Continent Credit Services,     3161 N Rock Rd Ste B,
                 PO Box 75076,   Wichita KS 67275-0076)
8124242        Midwest Service Bureau,    625 W Maple,   PO Box 3888,   Wichita KS 67201-3888
8124244        NPAS,   Parallon Business Solutions,    PO Box 99400,   Louisville KY 40269-0400
8124243        Newman Riffel And Hesse PA,    PO Box 47068,   Wichita KS 67201-7068
8124245        Phoenix Financial Services Llc,    PO Box 26580,   Indianapolis IN 46226-0580
8124247        Preferred Medical Associates BR,    Billing Dept,   PO Box 2912,   Wichita KS 67201-2912
8124249        Runway Emergency Physicians LLC,    PO Box 98743,   Las Vegas NV 89193-8743
8124250        Snap On Credit Bankruptcy,    950 Technology Way Ste 301,   Libertyville IL 60048-5339
8124252        Stephanie Burks,    11116 W Grant St,   Wichita KS 67209-3220
8124253        Sure Check Brokerage BR,    141 South 4th Street,   PO Box 1906,   Salina KS 67402-1906
8124255        VCMA W Maple,   PO Box 764,   Wichita KS 67201-0764
8124256        Verizon Wireless Bankruptcy Departm,    Fmci Mass Market Bankruptcy Admin,
                 500 Technology Dr Ste 550,   St Charles MO 63304-2225
8124257        Via Christi Clinic,    9211 E 21st St N Ste 100,   Wichita KS 67206-2968
8124258        Wesley Family Practice,    850 N Hillside St,   PO Box 47490,   Wichita KS 67201-7490
8124260       +Wesley Medical Center Bankruptcy,    Patient Accounts,   10030 N Macarthur Blvd Ste 100,
                 Irving TX 75063-5001
8124261        West Asset Management Inc BR,    Attention Bankruptcy,   7171 Mercy Rd,   Omaha NE 68106-2620
8124263        Wichita Anesthesiology Chartered,    PO Box 808,   El Dorado KS 67042-0808
8124264       +Wichita Surgical Specialists BR,    818 N Emporia St Ste 200,   Wichita KS 67214-3788
8124265        Windham Court Suites,    330 S Tyler Rd,   Wichita KS 67209-1687

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            Fax: 316-262-1536 Apr 21 2015 01:22:19     Donald C. Astle,   PO Box 84,
                 Wichita, KS 67201-0084
aty            EDI: QEJNAZAR.COM Apr 21 2015 01:03:00     Edward J. Nazar,   Hinkle Law Firm LLC,
                 301 N Main Ste 2000,   Wichita, KS 67202-4820
tr             EDI: QEJNAZAR.COM Apr 21 2015 01:03:00     Edward J Nazar,   Hinkle Law Firm LLC,
                 301 North Main, Suite 2000,   Wichita, KS 67202-4820
ust           +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Apr 21 2015 01:19:56      U.S. Trustee,
                 Office of the United States Trustee,    301 North Main Suite 1150,   Wichita, KS 67202-4811
8124216        EDI: ATTWIREBK.COM Apr 21 2015 01:05:00     AT And T U Verse,   PO Box 5013,
                 Carol Stream IL 60197-5013
8124226        E-mail/Text: bknotice@erccollections.com Apr 21 2015 01:20:01      Enhanced Recovery Corp BR,
                 Hilco Receivables LLC,   8014 Bayberry Rd,   Jacksonville FL 32256-7412
8124228        EDI: AMINFOFP.COM Apr 21 2015 01:03:00     First Premier Bank Bankruptcy,    601 S Minnesota Ave,
                 Sioux Falls SD 57104-4824
8124229        EDI: RMSC.COM Apr 21 2015 01:04:00     GE Capital BR,   GE Money Bank,   PO Box 103104,
                 Roswell GA 30076-9104
8124234        EDI: IIC9.COM Apr 21 2015 01:03:00     IC Systems Incorporated BR,   444 Highway 96 E,
                 PO Box 64437,   St Paul MN 55164-0437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
8124235          EDI: JEFFERSONCAP.COM Apr 21 2015 01:05:00      Jefferson Capital System,   16 McLeland Rd,
                  Saint Cloud MN  56303-2198
8124241          EDI: MID8.COM Apr 21 2015 01:03:00      Midland Funding LLC BR,   Midland Credit Management,
                  PO Box 60578,   Los Angeles CA  90060-0578
8124246          EDI: PRA.COM Apr 21 2015 01:03:00      Portfolio Recovery Associates BR,   PO Box 12914,
                  Norfolk VA  23541-0914
8124248          EDI: AMINFOFP.COM Apr 21 2015 01:03:00      Premier Bank Card,   PO Box 5114,
                  Sioux Falls SD  57117-5114
8124251          EDI: NEXTEL.COM Apr 21 2015 01:03:00      Sprint PCS BR,   PO Box 54977,
                  Los Angeles CA  90054-0977
8124254         +EDI: AISTMBL.COM Apr 21 2015 01:05:00      T Mobile Bankruptcy,   Bankruptcy,   PO Box 37380,
                  Albuquerque NM  87176-7380
8124259          EDI: HCA2.COM Apr 21 2015 01:04:00      Wesley Medical Center,   Parallon,   550 N Hillside St,
                  Wichita KS  67214-4910
8124262         +E-mail/Text: SNELSON@WWFPPA.COM Apr 21 2015 01:19:30      West Wichita Minor Emergency,
                  8200 W Central Ave Ste 4,   Wichita KS 67212-9502
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*             Edward J Nazar,   Hinkle Law Firm LLC,   301 North Main, Suite 2000,   Wichita, KS  67202-4820
8129242*        +Campus Credit Union,   1845 Fairmount Box 65,   Wichita KS 67260-9700
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2015　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2015 at the address(es) listed below:

```
              Donald C. Astle    on behalf of Joint Debtor Kelsey Leigh Burks ecf@astlelaw.com
              Donald C. Astle    on behalf of Debtor Andrew Michael Duncan ecf@astlelaw.com
              Edward J Nazar     on behalf of Trustee Edward J Nazar ebn1@hinklaw.com,   enazar@ecf.epiqsystems.com
              Edward J Nazar     ebn1@hinklaw.com,   enazar@ecf.epiqsystems.com
              Edward J. Nazar    on behalf of Trustee Edward J Nazar ebn1@hinklaw.com,
               enazar@ecf.epiqsystems.com;rkane@hinklaw.com;thanning@hinklaw.com
              J. Michael Lehman    on behalf of Creditor    Campus Credit Union Mail@KsAdvocates.com
              James R. Hanson    on behalf of Creditor    Credit Union of America jhanson@gh-wichita.com,
               lrensner@gh-wichita.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                              TOTAL: 8
```