B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Kansas
Case No. **15−10116**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Andrew Michael Duncan | Kelsey Leigh Burks |
| 11116 W Grant St | 11116 W Grant St |
| Wichita, KS 67209−3220 | Wichita, KS 67209−3220 |

Social Security/Individual Taxpayer ID No.:
  xxx−xx−2365                                                     xxx−xx−9090

Employer's Tax I.D./Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                      BY THE COURT

Dated: 4/28/15                                                     Dale L. Somers
                                                                              United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts that are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes **(applies to cases filed on or after October 17, 2005)**;

c. Debts that are domestic support obligations **(applies to cases filed on or after October 17, 2005)** or debts that are in the nature of alimony, maintenance, or support;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans **(applies to cases filed on or after October 17, 2005).**

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of Kansas
In re:                                                         Case No. 15-10116-DLS
Andrew Michael Duncan                                          Chapter 7
Kelsey Leigh Burks
         Debtors
                                 CERTIFICATE OF NOTICE
District/off: 1083-6          User: mel                  Page 1 of 2               Date Rcvd: Apr 28, 2015
                              Form ID: b18               Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2015.
db/jdb       Andrew Michael Duncan,    Kelsey Leigh Burks,    11116 W Grant St,    Wichita, KS 67209-3220
cr          ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
              (address filed with court:   Snap-on Credit LLC,    950 Technology Way,    Suite 301,
              Libertyville, IL   60048)
8124214      AMS Laboratory Inc,    PO Box 75076,   Wichita KS   67275-0076
8124212      Account Recovery,    200 W Wyatt Earp Blvd,   Dodge City KS   67801-4448
8124213     +Air City Emergency Physicians LLC,    PO Box 98737,    Las Vegas NV   89193-8737
8124215      Associates in Womens Health,    PO Box 1522,   Wichita KS   67201-1522
8124217      Auto Owners,    PO Box 30315,   Lansing MI   48909-7815
8124218      Bay Area Credit Service BR,    1901 W 10th St,    Antioch CA   94509-1380
8124219     +CAC Financial Corporation,    2601 NW Expressway Ste 1000E,    Oklahoma City OK   73112-7236
8124220      Campus Credit Union,    1845 Fairmount,   PO Box 65,    Wichita KS   67260-9700
8124221      Central States Recovery,    1314 N Main,   PO Box 3130,    Hutchinson KS   67504-3130
8124222      Credit Union Of America BR,    Aka First Choice Credit Union,    PO Box 47528,
              Wichita KS   67201-7528
8133008      Credit Union of America,    PO Box 47528,   Wichita KS 67201-7528
8124224     +DRH Imaging,   Co CAC Financial Corp,    2601 NW Expressway Ste 1000E,
              Oklahoma City OK   73112-7236
8124223      Dillons Stores Division Bankruptcy,    Kroger,   PO Box 1608,    Hutchinson KS   67504-1608
8124225      Emergency Service Prof,    PO Box 548,   Wichita KS   67201-0548
8124227      Financial Corp of America,    12515 Research Blvd Bldg 2 Ste 100,    PO Box 203500,
              Austin TX   78720-3500
8124230     +Genesis Health Club BR,    6100 E Central Ave Ste 3,    Wichita KS 67208-4236
8194998     +Genesis Health Club Inc,    co Calvin Dean Homolka II,    200 E First Ste 542,
              Wichita KS 67202-2110
8124231      Heartland Cardiology,    551 N Hillside St Ste 410,    Wichita KS   67214-4927
8124232     +Hillside Medical Office,    855 N Hillside St,   Wichita KS 67214-4982
8124233      Homolka C Dean,    Attorney At Law,   200 E 1st St N Ste 542,    Wichita KS   67202-2110
8124236      Kansas Department Of Revenue,    Accounts Receivable Setoff Program,    PO Box 2713,
              Topeka KS   66601-2713
8124237      Kansas Gas Service,    PO Box 3535,   Topeka KS   66601-3535
8124238      Kansas Imaging Consultants BR,    929 N Saint Francis St,    Wichita KS   67214-3821
8124239      Kansas Orthopaedic Center-Bankruptc,    7550 W Village Cir Ste 1,    PO Box 1174,
              Wichita KS   67201-1174
8124240     ++MID CONTINENT CREDIT SERVICES,    3161 N ROCK RD,    STE B,   WICHITA KS 67226-1453
              (address filed with court:   Mid Continent Credit Services,    3161 N Rock Rd Ste B,
              PO Box 75076,    Wichita KS   67275-0076)
8124242      Midwest Service Bureau,    625 W Maple,   PO Box 3888,    Wichita KS   67201-3888
8124244      NPAS,   Parallon Business Solutions,    PO Box 99400,    Louisville KY   40269-0400
8124243      Newman Riffel And Hesse PA,    PO Box 47068,   Wichita KS   67201-7068
8124245      Phoenix Financial Services Llc,    PO Box 26580,   Indianapolis IN   46226-0580
8124247      Preferred Medical Associates BR,    Billing Dept,   PO Box 2912,    Wichita KS   67201-2912
8124249      Runway Emergency Physicians LLC,    PO Box 98743,   Las Vegas NV   89193-8743
8124250      Snap On Credit Bankruptcy,    950 Technology Way Ste 301,    Libertyville IL   60048-5339
8124252      Stephanie Burks,    11116 W Grant St,   Wichita KS   67209-3220
8124253      Sure Check Brokerage BR,    141 South 4th Street,    PO Box 1906,    Salina KS   67402-1906
8124255      VCMA W Maple,    PO Box 764,   Wichita KS   67201-0764
8124256      Verizon Wireless Bankruptcy Departm,    Fmci Mass Market Bankruptcy Admin,
              500 Technology Dr Ste 550,    St Charles MO   63304-2225
8124257      Via Christi Clinic,    9211 E 21st St N Ste 100,    Wichita KS   67206-2968
8124258      Wesley Family Practice,    850 N Hillside St,   PO Box 47490,    Wichita KS   67201-7490
8124260     +Wesley Medical Center Bankruptcy,    Patient Accounts,    10030 N Macarthur Blvd Ste 100,
              Irving TX 75063-5001
8124261      West Asset Management Inc BR,    Attention Bankruptcy,    7171 Mercy Rd,    Omaha NE   68106-2620
8124263      Wichita Anesthesiology Chartered,    PO Box 808,   El Dorado KS   67042-0808
8124264     +Wichita Surgical Specialists BR,    818 N Emporia St Ste 200,    Wichita KS 67214-3788
8124265      Windham Court Suites,    330 S Tyler Rd,   Wichita KS   67209-1687

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           EDI: QEJNAZAR.COM Apr 29 2015 01:18:00     Edward J Nazar,   Hinkle Law Firm LLC,
              301 North Main, Suite 2000,    Wichita, KS   67202-4820
8124216      EDI: ATTWIREBK.COM Apr 29 2015 01:24:00     AT And T U Verse,    PO Box 5013,
              Carol Stream IL   60197-5013
8124226      E-mail/Text: bknotice@erccollections.com Apr 29 2015 01:27:42     Enhanced Recovery Corp BR,
              Hilco Receivables LLC,    8014 Bayberry Rd,   Jacksonville FL   32256-7412
8124228      EDI: AMINFOFP.COM Apr 29 2015 01:18:00     First Premier Bank Bankruptcy,    601 S Minnesota Ave,
              Sioux Falls SD   57104-4824
8124229      EDI: RMSC.COM Apr 29 2015 01:19:00     GE Capital BR,   GE Money Bank,    PO Box 103104,
              Roswell GA   30076-9104
8124234      EDI: IIC9.COM Apr 29 2015 01:18:00     IC Systems Incorporated BR,    444 Highway 96 E,
              PO Box 64437,    St Paul MN   55164-0437
8124235      EDI: JEFFERSONCAP.COM Apr 29 2015 01:23:00     Jefferson Capital System,    16 McLeland Rd,
              Saint Cloud MN   56303-2198
```

```
District/off: 1083-6            User: mel                  Page 2 of 2                  Date Rcvd: Apr 28, 2015
                                Form ID: b18               Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
8124241        EDI: MID8.COM Apr 29 2015 01:18:00      Midland Funding LLC BR,   Midland Credit Management,
                 PO Box 60578,    Los Angeles CA  90060-0578
8124246        EDI: PRA.COM Apr 29 2015 01:18:00      Portfolio Recovery Associates BR,   PO Box 12914,
                 Norfolk VA  23541-0914
8124248        EDI: AMINFOFP.COM Apr 29 2015 01:18:00      Premier Bank Card,   PO Box 5114,
                 Sioux Falls SD  57117-5114
8124251        EDI: NEXTEL.COM Apr 29 2015 01:18:00      Sprint PCS BR,   PO Box 54977,
                 Los Angeles CA  90054-0977
8124254       +EDI: AISTMBL.COM Apr 29 2015 01:24:00      T Mobile Bankruptcy,   Bankruptcy,   PO Box 37380,
                 Albuquerque NM 87176-7380
8124259        EDI: HCA2.COM Apr 29 2015 01:19:00      Wesley Medical Center,   Parallon,   550 N Hillside St,
                 Wichita KS  67214-4910
8124262       +E-mail/Text: SNELSON@WWFPPA.COM Apr 29 2015 01:27:22      West Wichita Minor Emergency,
                 8200 W Central Ave Ste 4,   Wichita KS 67212-9502
                                                                                                TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            Edward J Nazar,   Hinkle Law Firm LLC,    301 North Main, Suite 2000,   Wichita, KS  67202-4820
cr*            +Campus Credit Union,   1845 Fairmount, Box 65,   Wichita, KS 67260-9700
cr*             Credit Union of America,   P O Box 47528,   Wichita, KS  67201-7528
8129242*       +Campus Credit Union,   1845 Fairmount Box 65,   Wichita KS 67260-9700
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2015                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2015 at the address(es) listed below:

```
          Donald C. Astle    on behalf of Joint Debtor Kelsey Leigh Burks ecf@astlelaw.com
          Donald C. Astle    on behalf of Debtor Andrew Michael Duncan ecf@astlelaw.com
          Edward J Nazar     on behalf of Trustee Edward J Nazar ebn1@hinklaw.com,   enazar@ecf.epiqsystems.com
          Edward J Nazar     ebn1@hinklaw.com,   enazar@ecf.epiqsystems.com
          Edward J. Nazar    on behalf of Trustee Edward J Nazar ebn1@hinklaw.com,
           enazar@ecf.epiqsystems.com;rkane@hinklaw.com;thanning@hinklaw.com
          J. Michael Lehman    on behalf of Creditor    Campus Credit Union Mail@KsAdvocates.com
          James R. Hanson    on behalf of Creditor    Credit Union of America jhanson@gh-wichita.com,
           lrensner@gh-wichita.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                                 TOTAL: 8
```