# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE: ANDREW MICHAEL DUNCAN )
)  Case No. 15-10116
)  Chapter 7
Debtor )
)
_____ )

## NOTICE OF RESCISSION OF REAFFIRMATION AGREEMENT

The debtor herein, Andrew Michael Duncan, hereby rescind the reaffirmation previously executed on behalf of Snap On Credit.

Dated this  1  day of  May , 2015

s/ Donald C. Astle
Donald C. Astle- SC# **11865**
Attorney for Debtor
P.O. Box 84
Wichita, Kansas 67201-0084
Telephone: (316) 262-3007

ANDREW MICHAEL DUNCAN

U.S. Bankruptcy Court for the District of Kansas
In Re: ANDREW MICHAEL DUNCAN
Bankruptcy No: 15-10116
Notice of Rescission of Reaffirmation Agreement
Page 2

## CERTIFICATE OF MAILING

The undersigned, hereby certifies that a true and correct copy of the above and foregoing Notice of Rescission of Reaffirmation Agreement was electronically sent on this 1st day of May, 2015, to:

Edward J. Nazar, Trustee
Fax No: 264-1518
301 North Main Ste 2000
Wichita, KS 67202-4820

The undersigned, hereby certifies that a true and correct copy of the above and foregoing Notice of Rescission of Reaffirmation Agreement was mailed first class postage paid on this 1st day of May, 2015, to:

Snap On Credit
950 Technology Way Ste 301
Libertyville, IL 60048-5339

s/ Donald C. Astle
Donald C. Astle- SC# **11865**
Attorney for Debtor
P.O. Box 84
Wichita, Kansas 67201-0084
Telephone: (316) 262-3007