Edward J. Nazar
HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>Andrew Michael Duncan<br>Kelsey Leigh Burks<br><br>Debtor(s) | Case No. 15-10116<br>Chapter 7 |

## NOTICE OF REQUEST TO THE BANKRUPTCY'S CLERK'S
## OFFICE IN THE ABOVE CAPTIONED CASE

The trustee, Edward J. Nazar, in the above captioned case requests that the Bankruptcy Clerk's office furnish to him the following information to assist the trustee in the closing of the case:

    Nominal Assets _____      Assets __X__

Calculation of court costs:
- a) Adversary filing fees
- b) Reopening fee
- c) Notices, or {check}
  "noticing fees paid previously
- d) Certifications
- e) Appeals

TOTAL COSTS

DATED: October 27, 2015

/s/ Edward J. Nazar
Edward J. Nazar, Trustee
301 North Main, Suite 2000
Wichita, KS 67202
(316) 267-2000

**BD**

Revised 01/15