EDWARD J. NAZAR
HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202
(316) 267-2000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Andrew Michael Duncan
Kelsey Leigh Burks

Debtor(s)

Case No. 15-10116
Chapter 7

## NOTICE PURSUANT TO D. KAN. BK. RULE 3001.1(D)

COMES NOW, the trustee for the above captioned case and hereby gives notice of trustee's intent to file and serve notice of distribution.

Notice is hereby given that the trustee does not intend to object to secured claims, and any creditor who has not filed with the Clerk of the United States Bankruptcy Court an amendment to their secured claim setting forth the amount of their unsecured balance, if any, will not be included and provided for any distribution unless said amendment setting forth their unsecured claim, if any, has been filed on or before the 17th day of November, 2015.

/s/ Edward J. Nazar
Edward J. Nazar, S.C. #9845
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
(316) 267-2000

In the United States Bankruptcy Court for the District of Kansas
IN RE:   Andrew Michael Duncan and Kelsey Leigh Burks
         Bankruptcy Case No.  15-10116
         Notice Pursuant to D. Kan. Bk. Rule 3001.1(D)
Pg 2

CERTIFICATE OF MAILING

I hereby certify that on this 27th day of October, 2015, a true and correct copy of the Notice Pursuant to D. Kansas Bk. Rule 3001.1 (D)  was electronically filed with the court using CM/ECF system, which sent notification to all  parties of interest participating in the CM/ECF system.

Further, I certify that copies of the Notice Pursuant to D. Kansas Bk. Rule 3001.1 (D) was forwarded via U.S. Mail, first class, postage prepaid and property addressed to:

Campus Credit Union
1845 Fairmount, Box 65
Wichita, KS 67260

Credit Union of America
PO Box 47528
Wichita, KS 67201-7528

 /s/   Britt Dillard
Britt D. Dillard