Edward J. Nazar
HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Andrew Michael Duncan
Kelsey Leigh Burks

Case No. 15-10116
Chapter 7

Debtor(s)

## NOTICE OF REQUEST TO THE BANKRUPTCY'S CLERK'S OFFICE IN THE ABOVE CAPTIONED CASE

The trustee, Edward J. Nazar, in the above captioned case requests that the Bankruptcy Clerk's office furnish to him the following information to assist the trustee in the closing of the case:

Nominal Assets _____     Assets __X__

Calculation of court costs:
a) Adversary filing fees         _____
b) Reopening fee                 _____
c) Notices, or {check}
   "noticing fees paid previously _____
d) Certifications                _____
e) Appeals                       _____

TOTAL COSTS                      $0.00

DATED: October 27, 2015

/s/ Edward J. Nazar
Edward J. Nazar, Trustee
301 North Main, Suite 2000
Wichita, KS 67202
(316) 267-2000

Updated Electronically By Clerk's Office 10/27/15. MD
**BD**

Revised 01/15