**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 15-10116 DLS Judge: DALE L. SOMERS
Case Name: DUNCAN, ANDREW MICHAEL
BURKS, KELSEY LEIGH
For Period Ending: 09/30/15

Trustee Name: EDWARD J NAZAR
Date Filed (f) or Converted (c): 01/27/15 (f)
341(a) Meeting Date: 02/23/15
Claims Bar Date: 07/29/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 0.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash on Deposit Campus CU | 25.00 | 25.00 | OA | 0.00 | FA |
| 3. Cash on Deposit Meritrust CU | 25.00 | 25.00 | OA | 0.00 | FA |
| 4. Cash on Deposit White Eagle CU | 25.00 | 25.00 | OA | 0.00 | FA |
| 5. Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) | 1,800.00 | 0.00 | | 0.00 | FA |
| 9. 2014 Earned Income Tax Credit | Unknown | 0.00 | | 0.00 | FA |
| 10. 2014 Tax Refunds | Unknown | 3,545.00 | | 3,545.00 | FA |
| 11. 2014 Dodge | 24,000.00 | 0.00 | | 0.00 | FA |
| 12. 2014 Honda | 19,000.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $46,575.00 | $3,620.00 | | $3,545.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 26, 2015, 10:14 am; Notice 3001.1 filed 10/26/15. Will submit TFR when objection deadline runs.

Initial Projected Date of Final Report (TFR): 02/15/16 Current Projected Date of Final Report (TFR): 02/15/16

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-10116 -DLS
Case Name: DUNCAN, ANDREW MICHAEL
BURKS, KELSEY LEIGH
Taxpayer ID No: *******0650
For Period Ending: 09/30/15

Trustee Name: EDWARD J NAZAR
Bank Name: BANK OF KANSAS CITY
Account Number / CD #: *******7115 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 15,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/15 | 10 | ANDREW DUNCAN | 2014 TAX REFUNDS | 1124-000 | 3,545.00 | | 3,545.00 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,535.00 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,525.00 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,515.00 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,505.00 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,495.00 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,485.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 3,545.00 | 60.00 | 3,485.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,545.00 | 60.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,545.00 | 60.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7115 | 3,545.00 | 60.00 | 3,485.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 3,545.00 | 60.00 | 3,485.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 3,545.00 60.00