# IN THE UNITED STATE BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

Andrew Michael Duncan
Kelsey Leigh Burks

Case No.    15-10116
Chapter     7

Debtor(s)

## TRUSTEE'S OBJECTION TO CLAIM #1 OF
## CAMPUS CREDIT UNION AND NOTICE THEREOF

COMES NOW the Trustee of the above-captioned case and hereby objects to the claim of Campus Credit Union, Claim #1, on the ground that:

The bankruptcy case was filed January 27, 2015. Campus Credit Union filed a Proof of Claim, Claim #1, on February 3, 2015, allocating on an estimated basis a secured claim of $33,875.00 and unsecured claim of $3,839.25. To the extent that this creditor has repossessed its collateral, an amended claim should be filed for the full amount of the claim. To the extent that this creditor has reaffirmed the indebtedness, the claim should be stricken in full. The Trustee objects to Claim #1 until either proof of reaffirmation or proof of the actual deficiency balance is filed.

Edward J. Nazar, Attorney for Trustee
301 North Market, Suite 2000
Wichita, KS  67202-4820
316.267.2000 / 316.264.1518 fax

## NOTICE OF OBJECTION AND DEADLINE FOR WRITTEN RESPONSE

J. Michael Lehman
Bruce, Bruce & Lehman, L.L.C.
P.O. Box 75037
Wichita, KS 67275-5037

Notice is hereby given that unless you file a written response to the above objection with the Clerk of the Bankruptcy Court, 167 U.S. Courthouse, 401 North Market, Wichita, Kansas  67202, by the 6th day of January, 2016, the Court will sustain the objection without further notice. If you file a response a hearing will be held at U.S. Bankruptcy Court, 150 U.S. Courthouse, 401 North Market, Wichita, Kansas on the 11th day of February, 2016 at 9:00 a.m.

/s/Edward J. Nazar
Edward J. Nazar, #09845

## AFFIDAVIT OF SERVICE

I hereby certify under penalty of perjury that I served a copy of this Objection and Notice to the claimant, Campus Credit Union, and the U.S. Trustee on this 7th day of December, 2015.

/s/ Britt Dillard
Britt Dillard, Legal Assistant