**SO ORDERED.**

**SIGNED this 8th day of January, 2016.**



_Dale L. Somers_
Dale L. Somers
United States Bankruptcy Judge

_____

HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, KS 67202-4820
316.267.2000

## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | Case No. 15-10116 |
| Andrew Michael Duncan | Chapter 7 |
| Kelsey Leigh Burks | |
| Debtor(s) | |

### JOURNAL ENTRY AND ORDER WITHDRAWING
### TRUSTEE'S OBJECTION TO CLAIM #1 OF CAMPUS CREDIT UNION

This matter comes on for hearing upon the Trustee's Objection to Claim #1 of Campus Credit Union [Dkt #44]. The Trustee appears by and through his counsel of record, Hinkle Law Firm, LLC. There are no other appearances.

WHEREUPON, the Court, upon reviewing the file, pleadings and hearing statements of counsel, finds that the Trustee's Objection to Claim #1 of Campus Credit Union is moot as Campus Credit Union amended their claim.

In the United States Bankruptcy Court for the District of Kansas
In Re: Andrew Michael Duncan and Kelsey Leigh Burks
Bankruptcy Case No. 15-10116
Journal Entry and Order Withdrawing Trustee's Objection to Claim #1 of Campus Credit Union
Page 2

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Trustee's Objection to Claim #1 of Campus Credit Union is withdrawn.

IT IS SO ORDERED.

# # #

APPROVED BY:

HINKLE LAW FIRM, LLC


 /s/Edward J. Nazar
Edward J. Nazar, #09845
Attorneys for Trustee
301 North Main, Suite 2000
Wichita, KS 67202-1117
316.267.2000 / 316.264.1518 fax
ebn1@hinklaw.com

bd