**SO ORDERED.**

**SIGNED this 8th day of January, 2016.**



_Dale L. Somers_
Dale L. Somers
United States Bankruptcy Judge

_____

HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, KS 67202-4820
316.267.2000

## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

Andrew Michael Duncan
Kelsey Leigh Burks

Case No. 15-10116
Chapter 7

Debtor(s)

## JOURNAL ENTRY AND ORDER WITHDRAWING
## TRUSTEE'S OBJECTION TO CLAIM #1 OF CAMPUS CREDIT UNION

This matter comes on for hearing upon the Trustee's Objection to Claim #1 of Campus Credit Union [Dkt #44]. The Trustee appears by and through his counsel of record, Hinkle Law Firm, LLC. There are no other appearances.

WHEREUPON, the Court, upon reviewing the file, pleadings and hearing statements of counsel, finds that the Trustee's Objection to Claim #1 of Campus Credit Union is moot as Campus Credit Union amended their claim.

In the United States Bankruptcy Court for the District of Kansas
In Re:   Andrew Michael Duncan and Kelsey Leigh Burks
         Bankruptcy Case No.  15-10116
         Journal Entry and Order Withdrawing Trustee's Objection to Claim #1 of Campus Credit Union
Page 2

        IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Trustee's Objection

to Claim #1 of Campus Credit Union is withdrawn.

        IT IS SO ORDERED.

                                    # # #

APPROVED BY:

HINKLE LAW FIRM, LLC


 /s/Edward J. Nazar
Edward J. Nazar, #09845
Attorneys for Trustee
301 North Main, Suite 2000
Wichita, KS  67202-1117
316.267.2000 / 316.264.1518 fax
ebn1@hinklaw.com

bd

```
                    United States Bankruptcy Court
                         District of Kansas
```

```
In re:                                              Case No. 15-10116-DLS
Andrew Michael Duncan                               Chapter 7
Kelsey Leigh Burks
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 1083-6        User: mel           Page 1 of 1           Date Rcvd: Jan 08, 2016
                            Form ID: pdf020      Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2016.
db/jdb          Andrew Michael Duncan,    Kelsey Leigh Burks,    11116 W Grant St,   Wichita, KS  67209-3220
cr             +Campus Credit Union,   1845 Fairmount, Box 65,   Wichita, KS 67260-9700
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2016 at the address(es) listed below:
        Donald C. Astle   on behalf of Joint Debtor Kelsey Leigh Burks ecf@astlelaw.com
        Donald C. Astle   on behalf of Debtor Andrew Michael Duncan ecf@astlelaw.com
        Edward J Nazar   on behalf of Trustee Edward J Nazar ebn1@hinklaw.com,  enazar@ecf.epiqsystems.com
        Edward J Nazar   ebn1@hinklaw.com,  enazar@ecf.epiqsystems.com
        Edward J. Nazar   on behalf of Trustee Edward J Nazar ebn1@hinklaw.com,
         enazar@ecf.epiqsystems.com;rkane@hinklaw.com;thanning@hinklaw.com
        J. Michael Lehman   on behalf of Creditor   Campus Credit Union Mail@KsAdvocates.com
        James R. Hanson   on behalf of Creditor   Credit Union of America jhanson@gh-wichita.com,
         lrensner@gh-wichita.com
        U.S. Trustee   ustpregion20.wi.ecf@usdoj.gov
                                                                    TOTAL: 8
```

Case 15-10116   Doc# 46   Filed 01/10/16   Page 3 of 3
