UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re: §
§
DUNCAN, ANDREW MICHAEL § Case No. 15-10116
BURKS, KELSEY LEIGH §
§
Debtors §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/27/2015 . The undersigned trustee was appointed on 01/27/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 3,545.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 60.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 3,485.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  07/29/2015  and the deadline for filing governmental claims was  10/27/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 886.25 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 886.25 , for a total compensation of $ 886.25 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 354.50 , for total expenses of $ 354.50 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/07/2016                    By:/s/EDWARD J NAZAR
                                       Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

| Case No: | 15-10116 DLS Judge: DALE L. SOMERS | | Trustee Name: | | EDWARD J NAZAR |
|---|---|---|---|---|---|
| Case Name: | DUNCAN, ANDREW MICHAEL | | Date Filed (f) or Converted (c): | | 01/27/15 (f) |
| | BURKS, KELSEY LEIGH | | 341(a) Meeting Date: | | 02/23/15 |
| For Period Ending: | 01/07/16 | | Claims Bar Date: | | 07/29/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 0.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash on Deposit Campus CU | 25.00 | 25.00 | OA | 0.00 | FA |
| 3. Cash on Deposit Meritrust CU | 25.00 | 25.00 | OA | 0.00 | FA |
| 4. Cash on Deposit White Eagle CU | 25.00 | 25.00 | OA | 0.00 | FA |
| 5. Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) | 1,800.00 | 0.00 | | 0.00 | FA |
| 9. 2014 Earned Income Tax Credit | Unknown | 0.00 | | 0.00 | FA |
| 10. 2014 Tax Refunds | Unknown | 3,545.00 | | 3,545.00 | FA |
| 11. 2014 Dodge | 24,000.00 | 0.00 | | 0.00 | FA |
| 12. 2014 Honda | 19,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $46,575.00 | $3,620.00 | | $3,545.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/15/16    Current Projected Date of Final Report (TFR): 02/15/16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-10116 -DLS | | Trustee Name: | EDWARD J NAZAR |
|---|---|---|---|---|
| Case Name: | DUNCAN, ANDREW MICHAEL | | Bank Name: | BANK OF KANSAS CITY |
| | BURKS, KELSEY LEIGH | | Account Number / CD #: | *******7115 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0650 | | | |
| For Period Ending: | 01/07/16 | | Blanket Bond (per case limit): | $ 15,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/15 | 10 | ANDREW DUNCAN | 2014 TAX REFUNDS | 1124-000 | 3,545.00 | | 3,545.00 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,535.00 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,525.00 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,515.00 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,505.00 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,495.00 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,485.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,545.00 | 60.00 | 3,485.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,545.00 | 60.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,545.00 | 60.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7115) | 3,545.00 | 60.00 | 3,485.00 |
| | 3,545.00 | 60.00 | 3,485.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  3,545.00  60.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: January 07, 2016

Case Number: 15-10116
Debtor Name: DUNCAN, ANDREW MICHAEL
Claims Bar Date: 07/29/15

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Campus Credit Union<br>PO Box 75037<br>Wichita KS 67275 | Unsecured | Filed 02/03/15<br>Claim amended 12/24/15 | $0.00 | $16,715.25 | $16,715.25 |
| 000003 070 7100-00 | Genesis Health Club Inc<br>co Calvin Dean Homolka II<br>200 E First Ste 542<br>Wichita KS 67202 | Unsecured Allowed | Filed 04/27/15 | $0.00 | $1,011.42 | $1,011.42 |
| 000004 070 7100-00 | Sprint Corp<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Unsecured Allowed | Filed 04/29/15 | $0.00 | $829.90 | $829.90 |
| 000005 070 7100-00 | Associates in Womens Health PA<br>3232 E Murdock<br>Wichita KS 67208 | Unsecured Allowed | Filed 05/05/15 | $0.00 | $3,512.27 | $3,512.27 |
| 000006 070 7100-00 | AT&T Mobility II LLC<br>c o AT&T Services Inc<br>Karen Cavagnaro Paralegal<br>One AT&T Way Rm 3A104<br>Bedminster NJ 07921 | Unsecured Allowed | Filed 05/05/15 | $0.00 | $1,296.71 | $1,296.71 |
| 000007 070 7100-00 | Kansas Gas Service<br>PO Box 3535<br>Topeka KS 66601-3535 | Unsecured Allowed | Filed 06/08/15 | $0.00 | $3.84 | $3.84 |
| 000008 070 7100-00 | Wesley Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | Unsecured Allowed | Filed 06/10/15 | $0.00 | $100.00 | $100.00 |
| 000009 070 7100-00 | Wesley Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | Unsecured Allowed | Filed 06/10/15 | $0.00 | $871.11 | $871.11 |
| 000010 070 7100-00 | Wesley Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | Unsecured Allowed | Filed 06/10/15 | $0.00 | $198.26 | $198.26 |
| 000011 070 7100-00 | Wesley Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | Unsecured Allowed | Filed 06/10/15 | $0.00 | $1,682.34 | $1,682.34 |
| 000012 070 7100-00 | Wesley Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | Unsecured Allowed | Filed 06/10/15 | $0.00 | $346.55 | $346.55 |

Case Number: 15-10116
Debtor Name: DUNCAN, ANDREW MICHAEL
Claims Bar Date: 07/29/15

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000013 070 7100-00 | Ashley Funding Services LLC its successors and assigns as assignee of Reimbursement Technologies Inc Resurgent Capital Services PO Box 10587 Greenville SC 29603-0587 | Unsecured Allowed | Filed 06/10/15 | $0.00 | $532.00 | $532.00 |
| 000014 070 7100-00 | Wichita Surgical Specialists PA 818 N Emporia Ste 200 Wichita KS 67214 | Unsecured Allowed | Filed 06/11/15 | $0.00 | $131.00 | $131.00 |
| 000015 070 7100-00 | American InfoSource LP as agent for T MobileTMobile USA Inc PO Box 248848 Oklahoma City OK 731248848 | Unsecured Allowed | Filed 07/02/15 | $0.00 | $470.88 | $470.88 |
| 000016 070 7100-00 | Hillside Medical Office c o ARSI 200 W Wyatt Earp Blvd PO Box 136 Dodge City KS 67801 | Unsecured Allowed | Filed 07/13/15 | $0.00 | $122.91 | $122.91 |
| 000017 070 7100-00 | Wichita Surgical Specialists c o ARSI 200 W Wyatt Earp Blvd PO Box 136 Dodge City KS 67801 | Unsecured Allowed | Filed 07/13/15 | $0.00 | $131.00 | $131.00 |
| 000018 070 7100-00 | Wesley Medical Center Resurgent Capital Services PO Box 1927 Greenville SC 29602 | Unsecured Allowed | Filed 07/15/15 | $0.00 | $100.00 | $100.00 |
| 000019 070 7100-00 | Wesley Medical Center Resurgent Capital Services PO Box 1927 Greenville SC 29602 | Unsecured Allowed | Filed 07/15/15 | $0.00 | $280.80 | $280.80 |
| 000002 050 4210-00 | Credit Union of America PO Box 47528 Wichita KS 67201-7528 | Secured | Filed 02/10/15 D. Kan. Bk. Rule 3001.1(D) issued 10/27/15 - Secured claimant to receive no distribution. | $0.00 | $24,204.52 | $24,204.52 |
| | Case Totals: | | | $0.00 | $52,540.76 | $52,540.76 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-10116
Case Name: DUNCAN, ANDREW MICHAEL
BURKS, KELSEY LEIGH
Trustee Name: EDWARD J NAZAR

Balance on hand $ 3,485.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Credit Union of America | $ 24,204.52 | $ 24,204.52 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 3,485.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: EDWARD J NAZAR | $ 886.25 | $ 0.00 | $ 886.25 |
| Trustee Expenses: EDWARD J NAZAR | $ 354.50 | $ 0.00 | $ 354.50 |

Total to be paid for chapter 7 administrative expenses $ 1,240.75

Remaining Balance $ 2,244.25

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,336.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Campus Credit Union | $ 16,715.25 | $ 0.00 | $ 1,323.86 |
| 000003 | Genesis Health Club Inc | $ 1,011.42 | $ 0.00 | $ 80.11 |
| 000004 | Sprint Corp | $ 829.90 | $ 0.00 | $ 65.73 |
| 000005 | Associates in Womens Health PA | $ 3,512.27 | $ 0.00 | $ 278.17 |
| 000006 | AT&T Mobility II LLC | $ 1,296.71 | $ 0.00 | $ 102.70 |
| 000007 | Kansas Gas Service | $ 3.84 | $ 0.00 | $ 0.30 |
| 000008 | Wesley Medical Center | $ 100.00 | $ 0.00 | $ 7.92 |
| 000009 | Wesley Medical Center | $ 871.11 | $ 0.00 | $ 68.99 |
| 000010 | Wesley Medical Center | $ 198.26 | $ 0.00 | $ 15.70 |
| 000011 | Wesley Medical Center | $ 1,682.34 | $ 0.00 | $ 133.24 |
| 000012 | Wesley Medical Center | $ 346.55 | $ 0.00 | $ 27.45 |
| 000013 | Ashley Funding Services LLC its | $ 532.00 | $ 0.00 | $ 42.14 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Wichita Surgical Specialists PA | $ 131.00 | $ 0.00 | $ 10.38 |
| 000015 | American InfoSource LP as agent for | $ 470.88 | $ 0.00 | $ 37.29 |
| 000016 | Hillside Medical Office | $ 122.91 | $ 0.00 | $ 9.73 |
| 000017 | Wichita Surgical Specialists | $ 131.00 | $ 0.00 | $ 10.38 |
| 000018 | Wesley Medical Center | $ 100.00 | $ 0.00 | $ 7.92 |
| 000019 | Wesley Medical Center | $ 280.80 | $ 0.00 | $ 22.24 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 2,244.25 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE