```
Label Matrix for local noticing          Campus Credit Union                      Credit Union of America
1083-6                                   1845 Fairmount, Box 65                   P O Box 47528
Case 15-10116                            Wichita, KS 67260-9700                   Wichita, KS 67201-7528
District of Kansas
Wichita
Tue Mar  1 15:17:42 CST 2016

(p)SNAP ON CREDIT LLC                    Wichita Headquarter Office               AMS Laboratory Inc
950 TECHNOLOGY WAY                       167 US Courthouse                        PO Box 75076
SUITE 301                                401 North Market                         Wichita KS  67275-0076
LIBERTYVILLE IL 60048-5339               Wichita, KS 67202-2089


AT And T U Verse                         AT&T Mobility II LLC                     Account Recovery
PO Box 5013                              c o AT&T Services Inc                    200 W Wyatt Earp Blvd
Carol Stream IL  60197-5013              Karen Cavagnaro Paralegal                Dodge City KS  67801-4448
                                         One AT&T Way Rm 3A104
                                         Bedminster NJ 07921-2693


Air City Emergency Physicians LLC        American InfoSource LP as agent for      Ashley Funding Services LLC its successors a
PO Box 98737                             T MobileTMobile USA Inc                  assigns as assignee of Reimbursement
Las Vegas NV 89193-8737                  PO Box 248848                            Technologies Inc
                                         Oklahoma City OK  731248848              Resurgent Capital Services
                                                                                  PO Box 10587
                                                                                  Greenville SC 29603-0587

Associates in Womens Health PA           Auto Owners                              Bay Area Credit Service BR
3232 E Murdock                           PO Box 30315                             1901 W 10th St
Wichita KS 67208-3003                    Lansing MI  48909-7815                   Antioch CA  94509-1380



CAC Financial Corporation                Campus Credit Union                      Central States Recovery
2601 NW Expressway Ste 1000E             PO Box 75037                             1314 N Main
Oklahoma City OK 73112-7236              Wichita KS 67275-0037                    PO Box 3130
                                                                                  Hutchinson KS  67504-3130


Credit Union Of America BR               DRH Imaging                              Dillons Stores Division Bankruptcy
Aka First Choice Credit Union            Co CAC Financial Corp                    Kroger
PO Box 47528                             2601 NW Expressway Ste 1000E             PO Box 1608
Wichita KS  67201-7528                   Oklahoma City OK 73112-7236              Hutchinson KS  67504-1608


Emergency Service Prof                   Enhanced Recovery Corp BR                Financial Corp of America
PO Box 548                               Hilco Receivables LLC                    12515 Research Blvd Bldg 2 Ste 100
Wichita KS  67201-0548                   8014 Bayberry Rd                         PO Box 203500
                                         Jacksonville FL  32256-7412              Austin TX  78720-3500


First Premier Bank Bankruptcy            GE Capital BR                            Genesis Health Club BR
601 S Minnesota Ave                      GE Money Bank                            6100 E Central Ave Ste 3
Sioux Falls SD  57104-4824               PO Box 103104                            Wichita KS 67208-4236
                                         Roswell GA  30076-9104


Genesis Health Club Inc                  Heartland Cardiology                     Hillside Medical Office
co Calvin Dean Homolka II                551 N Hillside St Ste 410                855 N Hillside St
200 E First Ste 542                      Wichita KS  67214-4927                   Wichita KS 67214-4982
Wichita KS 67202-2110
```

| | | |
|---|---|---|
| Hillside Medical Office<br>c o ARSI<br>200 W Wyatt Earp Blvd<br>PO Box 136<br>Dodge City KS 67801-0136 | Homolka C Dean<br>Attorney At Law<br>200 E 1st St N Ste 542<br>Wichita KS 67202-2110 | IC Systems Incorporated BR<br>444 Highway 96 E<br>PO Box 64437<br>St Paul MN 55164-0437 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kansas Department Of Revenue<br>Accounts Receivable Setoff Program<br>PO Box 2713<br>Topeka KS 66601-2713 | Kansas Gas Service<br>PO Box 3535<br>Topeka KS 66601-3535 |
| Kansas Imaging Consultants BR<br>929 N Saint Francis St<br>Wichita KS 67214-3821 | Kansas Orthopaedic Center Bankruptc<br>7550 W Village Cir Ste 1<br>PO Box 1174<br>Wichita KS 67201-1174 | (p)MID CONTINENT CREDIT SERVICES<br>3161 N ROCK RD<br>STE B<br>WICHITA KS 67226-1453 |
| Midland Funding LLC BR<br>Midland Credit Management<br>PO Box 60578<br>Los Angeles CA 90060-0578 | Midwest Service Bureau<br>625 W Maple<br>PO Box 3888<br>Wichita KS 67201-3888 | NPAS<br>Parallon Business Solutions<br>PO Box 99400<br>Louisville KY 40269-0400 |
| Newman Riffel And Hesse PA<br>PO Box 47068<br>Wichita KS 67201-7068 | Phoenix Financial Services Llc<br>PO Box 26580<br>Indianapolis IN 46226-0580 | Portfolio Recovery Associates BR<br>PO Box 12914<br>Norfolk VA 23541-0914 |
| Preferred Medical Associates BR<br>Billing Dept<br>PO Box 2912<br>Wichita KS 67201-2912 | Premier Bank Card<br>PO Box 5114<br>Sioux Falls SD 57117-5114 | Runway Emergency Physicians LLC<br>PO Box 98743<br>Las Vegas NV 89193-8743 |
| Snap On Credit Bankruptcy<br>950 Technology Way Ste 301<br>Libertyville IL 60048-5339 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Stephanie Burks<br>11116 W Grant St<br>Wichita KS 67209-3220 |
| Sure Check Brokerage BR<br>141 South 4th Street<br>PO Box 1906<br>Salina KS 67402-1906 | (p)C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |
| VCMA W Maple<br>PO Box 764<br>Wichita KS 67201-0764 | Verizon Wireless Bankruptcy Departm<br>Fmci Mass Market Bankruptcy Admin<br>500 Technology Dr Ste 550<br>St Charles MO 63304-2225 | Via Christi Clinic<br>9211 E 21st St N Ste 100<br>Wichita KS 67206-2968 |
| Wesley Family Practice<br>850 N Hillside St<br>PO Box 47490<br>Wichita KS 67201-7490 | Wesley Medical Center<br>Parallon<br>550 N Hillside St<br>Wichita KS 67214-4910 | Wesley Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602-1927 |

| | | |
|---|---|---|
| Wesley Medical Center Bankruptcy<br>Patient Accounts<br>10030 N Macarthur Blvd Ste 100<br>Irving TX 75063-5001 | West Asset Management Inc BR<br>Attention Bankruptcy<br>7171 Mercy Rd<br>Omaha NE  68106-2620 | West Wichita Minor Emergency<br>8200 W Central Ave Ste 4<br>Wichita KS 67212-9502 |
| Wichita Anesthesiology Chartered<br>PO Box 808<br>El Dorado KS  67042-0808 | Wichita Surgical Specialists<br>c o ARSI<br>200 W Wyatt Earp Blvd<br>PO Box 136<br>Dodge City KS 67801-0136 | Wichita Surgical Specialists PA<br>818 N Emporia Ste 200<br>Wichita KS 67214-3788 |
| Windham Court Suites<br>330 S Tyler Rd<br>Wichita KS  67209-1687 | Andrew Michael Duncan<br>11116 W Grant St<br>Wichita, KS 67209-3220 | Donald C. Astle<br>PO Box 84<br>Wichita, KS 67201-0084 |
| Edward J Nazar<br>Hinkle Law Firm LLC<br>301 North Main, Suite 2000<br>Wichita, KS 67202-4820 | Kelsey Leigh Burks<br>11116 W Grant St<br>Wichita, KS 67209-3220 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Snap-on Credit LLC<br>950 Technology Way<br>Suite 301<br>Libertyville, IL 60048 | Jefferson Capital System<br>16 McLeland Rd<br>Saint Cloud MN  56303-2198 | Mid Continent Credit Services<br>3161 N Rock Rd Ste B<br>PO Box 75076<br>Wichita KS  67275-0076 |
| Sprint Corp<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | T Mobile Bankruptcy<br>Bankruptcy<br>PO Box 37380<br>Albuquerque NM  87176-7300 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Campus Credit Union<br>1845 Fairmount<br>PO Box 65<br>Wichita KS  67260-9700 | (d)Credit Union of America<br>PO Box 47528<br>Wichita KS 67201-7528 | End of Label Matrix<br>Mailable recipients    70<br>Bypassed recipients     2<br>Total                   72 |