**SO ORDERED.**

**SIGNED this 24th day of March, 2016.**



Dale L. Somers
United States Bankruptcy Judge

---

EDWARD J NAZAR
HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, KS 67202-4820

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DUNCAN, ANDREW MICHAEL ) | Case No. 15-10116 |
| BURKS, KELSEY LEIGH ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |

### ORDER AUTHORIZING DISTRIBUTION OF FEES AND EXPENSES

The trustee, Edward J Nazar, of the above-captioned case has affirmed and the Court finds that appropriate notice was given to all creditors of the proposed distribution of the estate, that the objection deadline has passed and that no objections have been filed by a party in interest.

IT IS THEREFORE ORDERED that the trustee is authorized to pay the fees and expenses requested in the Notice of Intended Distribution.

IT IS FURTHER ORDERED that any unclaimed funds be paid into the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. § 347(a) and Bankruptcy Rule 3011.

# # #

IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF KANSAS
IN RE: Order Authorizing Distribution of Fees and Expenses
    DUNCAN, ANDREW MICHAEL
    Bankruptcy Case No. 15-10116
    Page 2

SUBMITTED BY:

HINKLE LAW FIRM, LLC

/s/ EDWARD J NAZAR
EDWARD J NAZAR
301 NORTH MAIN, SUITE 2000
WICHITA, KS 67202-4820
(316) 267-2000

## SUMMARY PAGE

| | | |
|---|---:|---:|
| Total Receipts by Trustee: | $ | 3,545.00 |
| Total Disbursements to date: | $ | 60.00 |
| Funds Currently on hand: | $ | 3,485.00 |

\*\*\*

| | | |
|---|---:|---:|
| Total Trustee Fee: | $ | 886.25 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 886.25 |

\*\*\*

| | | |
|---|---:|---:|
| Total Attorney Fees: | $ | 0.00 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---:|---:|
| Trustee Expenses: | $ | 354.50 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 354.50 |

\*\*\*

| | | |
|---|---:|---:|
| Total Attorney Expenses: | $ | 0.00 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---:|---:|
| Court Costs Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---:|---:|
| **Balance of Administrative Expenses Due:** | $ | 1,240.75 |

\*\*\*

| | | |
|---|---:|---:|
| **Funds Available for Distribution to Creditors:** | $ | 2,244.25 |

EDWARD J NAZAR
HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, KS 67202-4820

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DUNCAN, ANDREW MICHAEL | ) | Case No. 15-10116 |
| BURKS, KELSEY LEIGH | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

### AFFIDAVIT

| | | |
|---|---|---|
| STATE OF KANSAS | ) | |
| | ) ss. | |
| COUNTY OF SEDGWICK | ) | |

The undersigned, being first duly sworn, states:

1. That he is the Trustee in the above-captioned case.

2. That on the  1st  day of March, 2016, he sent out a Notice of Filing of Final Report by Trustee and Intended Distribution of Estate Funds Notice of Deadline for Filing Objections.

3. That as of the 24th day of March, 2016, at 9:00 a.m., he reviewed the case file and the docket in the above-captioned case; and

4. As of that date no objections to the Notice of Filing of Final Report by Trustee and Intended Distribution of Estate Funds Notice of Deadline for Filing Objections had been filed.

FURTHER AFFIANT SAITH NOT.

Edward J Nazar, S.C. #09845
Attorney for Trustee
301 North Main, Suite 2000
Wichita, KS 67202-4820
(316) 267-2000

SUBSCRIBED AND SWORN TO before me this 24th day of March, 2016.

Notary Public

My Appointment Expires:

Brittany D. Dillard
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 2-19-19

# PROPOSED DISTRIBUTION

Case Number: 15-10116   DLS  
Debtor Name: DUNCAN, ANDREW MICHAEL \ BURKS, KELSEY LEIGH

Page 1

Date: March 23, 2016

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $3,485.00 |
| | EDWARD J NAZAR COMPENSATION | Admin | | $886.25 | $0.00 | $886.25 | $886.25 | $2,598.75 |
| | EDWARD J NAZAR EXPENSES | Admin | | $354.50 | $0.00 | $354.50 | $354.50 | $2,244.25 |
| 000002 | Credit Union of America | Sec | 050 | $24,204.52 | $0.00 | $24,204.52 | $0.00 | $2,244.25 |
| 000001 | Campus Credit Union | Unsec | 070 | $16,715.25 | $0.00 | $16,715.25 | $1,323.86 | $920.39 |
| 000003 | Genesis Health Club Inc | Unsec | 070 | $1,011.42 | $0.00 | $1,011.42 | $80.11 | $840.28 |
| 000004 | Sprint Corp | Unsec | 070 | $829.90 | $0.00 | $829.90 | $65.73 | $774.55 |
| 000005 | Associates in Womens Health PA | Unsec | 070 | $3,512.27 | $0.00 | $3,512.27 | $278.17 | $496.38 |
| 000006 | AT&T Mobility II LLC | Unsec | 070 | $1,296.71 | $0.00 | $1,296.71 | $102.70 | $393.68 |
| 000007 | Kansas Gas Service | Unsec | 070 | $3.84 | $0.00 | $3.84 | $0.30 | $393.38 |
| 000008 | Wesley Medical Center | Unsec | 070 | $100.00 | $0.00 | $100.00 | $7.92 | $385.46 |
| 000009 | Wesley Medical Center | Unsec | 070 | $871.11 | $0.00 | $871.11 | $68.99 | $316.47 |
| 000010 | Wesley Medical Center | Unsec | 070 | $198.26 | $0.00 | $198.26 | $15.70 | $300.77 |
| 000011 | Wesley Medical Center | Unsec | 070 | $1,682.34 | $0.00 | $1,682.34 | $133.24 | $167.53 |
| 000012 | Wesley Medical Center | Unsec | 070 | $346.55 | $0.00 | $346.55 | $27.45 | $140.08 |
| 000013 | Ashley Funding Services LLC its | Unsec | 070 | $532.00 | $0.00 | $532.00 | $42.14 | $97.94 |
| 000014 | Wichita Surgical Specialists PA | Unsec | 070 | $131.00 | $0.00 | $131.00 | $10.38 | $87.56 |
| 000015 | American InfoSource LP as agent for | Unsec | 070 | $470.88 | $0.00 | $470.88 | $37.29 | $50.27 |
| 000016 | Hillside Medical Office | Unsec | 070 | $122.91 | $0.00 | $122.91 | $9.73 | $40.54 |
| 000017 | Wichita Surgical Specialists | Unsec | 070 | $131.00 | $0.00 | $131.00 | $10.38 | $30.16 |
| 000018 | Wesley Medical Center | Unsec | 070 | $100.00 | $0.00 | $100.00 | $7.92 | $22.24 |
| 000019 | Wesley Medical Center | Unsec | 070 | $280.80 | $0.00 | $280.80 | $22.24 | $0.00 |

# PROPOSED DISTRIBUTION

Case Number: 15-10116  DLS  Page 2  Date: March 23, 2016
Debtor Name: DUNCAN, ANDREW MICHAEL \ BURKS, KELSEY LEIGH

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $53,781.51 | $0.00 | $53,781.51 | $3,485.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 15-10116 -DLS |
| Case Name: | DUNCAN, ANDREW MICHAEL |
| | BURKS, KELSEY LEIGH |
| Taxpayer ID No: | *******0650 |
| For Period Ending: | 03/23/16 |

| Trustee Name: | EDWARD J NAZAR |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******7115  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 26,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/15 | 10 | ANDREW DUNCAN | 2014 TAX REFUNDS | 1124-000 | 3,545.00 | | 3,545.00 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,535.00 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,525.00 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,515.00 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,505.00 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,495.00 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,485.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 3,545.00 | 60.00 | 3,485.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 3,545.00 | 60.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 3,545.00 | 60.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******7115 | 3,545.00 | 60.00 | 3,485.00 |
| | 3,545.00 | 60.00 | 3,485.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   3,545.00   60.00

Case 15-10116   Doc# 49   Filed 03/24/16   Page 7 of 7