**SO ORDERED.**

**SIGNED this 24th day of March, 2016.**



Dale L. Somers
United States Bankruptcy Judge

---

EDWARD J NAZAR
HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, KS 67202-4820

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| IN RE: | ) | |
|---|---|---|
| | ) | |
| DUNCAN, ANDREW MICHAEL | ) | Case No. 15-10116 |
| BURKS, KELSEY LEIGH | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

### ORDER AUTHORIZING DISTRIBUTION OF FEES AND EXPENSES

The trustee, Edward J Nazar, of the above-captioned case has affirmed and the Court finds that appropriate notice was given to all creditors of the proposed distribution of the estate, that the objection deadline has passed and that no objections have been filed by a party in interest.

IT IS THEREFORE ORDERED that the trustee is authorized to pay the fees and expenses requested in the Notice of Intended Distribution.

IT IS FURTHER ORDERED that any unclaimed funds be paid into the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. § 347(a) and Bankruptcy Rule 3011.

# # #

Page 1 of 7

Case 15-10116  Doc# 50  Filed 03/27/16  Page 1 of 8

IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF KANSAS
IN RE: Order Authorizing Distribution of Fees and Expenses
    DUNCAN, ANDREW MICHAEL
    Bankruptcy Case No. 15-10116
    Page 2

SUBMITTED BY:

HINKLE LAW FIRM, LLC

/s/ EDWARD J NAZAR
EDWARD J NAZAR
301 NORTH MAIN, SUITE 2000
WICHITA, KS 67202-4820
(316) 267-2000

## SUMMARY PAGE

| | | |
|---|---:|---:|
| Total Receipts by Trustee: | $ | 3,545.00 |
| Total Disbursements to date: | $ | 60.00 |
| Funds Currently on hand: | $ | 3,485.00 |

\*\*\*

| | | |
|---|---:|---:|
| Total Trustee Fee: | $ | 886.25 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 886.25 |

\*\*\*

| | | |
|---|---:|---:|
| Total Attorney Fees: | $ | 0.00 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---:|---:|
| Trustee Expenses: | $ | 354.50 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 354.50 |

\*\*\*

| | | |
|---|---:|---:|
| Total Attorney Expenses: | $ | 0.00 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---:|---:|
| Court Costs Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---:|---:|
| **Balance of Administrative Expenses Due:** | $ | 1,240.75 |

\*\*\*

| | | |
|---|---:|---:|
| **Funds Available for Distribution to Creditors:** | $ | 2,244.25 |

EDWARD J NAZAR
HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, KS 67202-4820

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DUNCAN, ANDREW MICHAEL | ) | Case No. 15-10116 |
| BURKS, KELSEY LEIGH | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

## AFFIDAVIT

STATE OF KANSAS      )
                     ) ss.
COUNTY OF SEDGWICK   )

The undersigned, being first duly sworn, states:

1. That he is the Trustee in the above-captioned case.

2. That on the 1st day of March, 2016, he sent out a Notice of Filing of Final Report by Trustee and Intended Distribution of Estate Funds Notice of Deadline for Filing Objections.

3. That as of the 24th day of March, 2016, at 9:00 a.m., he reviewed the case file and the docket in the above-captioned case; and

4. As of that date no objections to the Notice of Filing of Final Report by Trustee and Intended Distribution of Estate Funds Notice of Deadline for Filing Objections had been filed.

FURTHER AFFIANT SAITH NOT.

Edward J Nazar, S.C. #09845
Attorney for Trustee
301 North Main, Suite 2000
Wichita, KS 67202-4820
(316) 267-2000

SUBSCRIBED AND SWORN TO before me this 24th day of March, 2016.

Notary Public

My Appointment Expires:

Brittany D. Dillard
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 2-19-19

## PROPOSED DISTRIBUTION

Case Number: 15-10116    DLS                                    Page 1                                    Date: March 23, 2016
Debtor Name: DUNCAN, ANDREW MICHAEL \ BURKS, KELSEY LEIGH

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $3,485.00 |
| | EDWARD J NAZAR COMPENSATION | Admin | | $886.25 | $0.00 | $886.25 | $886.25 | $2,598.75 |
| | EDWARD J NAZAR EXPENSES | Admin | | $354.50 | $0.00 | $354.50 | $354.50 | $2,244.25 |
| 000002 | Credit Union of America | Sec | 050 | $24,204.52 | $0.00 | $24,204.52 | $0.00 | $2,244.25 |
| 000001 | Campus Credit Union | Unsec | 070 | $16,715.25 | $0.00 | $16,715.25 | $1,323.86 | $920.39 |
| 000003 | Genesis Health Club Inc | Unsec | 070 | $1,011.42 | $0.00 | $1,011.42 | $80.11 | $840.28 |
| 000004 | Sprint Corp | Unsec | 070 | $829.90 | $0.00 | $829.90 | $65.73 | $774.55 |
| 000005 | Associates in Womens Health PA | Unsec | 070 | $3,512.27 | $0.00 | $3,512.27 | $278.17 | $496.38 |
| 000006 | AT&T Mobility II LLC | Unsec | 070 | $1,296.71 | $0.00 | $1,296.71 | $102.70 | $393.68 |
| 000007 | Kansas Gas Service | Unsec | 070 | $3.84 | $0.00 | $3.84 | $0.30 | $393.38 |
| 000008 | Wesley Medical Center | Unsec | 070 | $100.00 | $0.00 | $100.00 | $7.92 | $385.46 |
| 000009 | Wesley Medical Center | Unsec | 070 | $871.11 | $0.00 | $871.11 | $68.99 | $316.47 |
| 000010 | Wesley Medical Center | Unsec | 070 | $198.26 | $0.00 | $198.26 | $15.70 | $300.77 |
| 000011 | Wesley Medical Center | Unsec | 070 | $1,682.34 | $0.00 | $1,682.34 | $133.24 | $167.53 |
| 000012 | Wesley Medical Center | Unsec | 070 | $346.55 | $0.00 | $346.55 | $27.45 | $140.08 |
| 000013 | Ashley Funding Services LLC its | Unsec | 070 | $532.00 | $0.00 | $532.00 | $42.14 | $97.94 |
| 000014 | Wichita Surgical Specialists PA | Unsec | 070 | $131.00 | $0.00 | $131.00 | $10.38 | $87.56 |
| 000015 | American InfoSource LP as agent for | Unsec | 070 | $470.88 | $0.00 | $470.88 | $37.29 | $50.27 |
| 000016 | Hillside Medical Office | Unsec | 070 | $122.91 | $0.00 | $122.91 | $9.73 | $40.54 |
| 000017 | Wichita Surgical Specialists | Unsec | 070 | $131.00 | $0.00 | $131.00 | $10.38 | $30.16 |
| 000018 | Wesley Medical Center | Unsec | 070 | $100.00 | $0.00 | $100.00 | $7.92 | $22.24 |
| 000019 | Wesley Medical Center | Unsec | 070 | $280.80 | $0.00 | $280.80 | $22.24 | $0.00 |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $53,781.51 | $0.00 | $53,781.51 | $3,485.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 15-10116 -DLS
Case Name: DUNCAN, ANDREW MICHAEL
BURKS, KELSEY LEIGH
Taxpayer ID No: *******0650
For Period Ending: 03/23/16

Trustee Name: EDWARD J NAZAR
Bank Name: BANK OF KANSAS CITY
Account Number / CD #: *******7115 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 26,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/15 | 10 | ANDREW DUNCAN | 2014 TAX REFUNDS | 1124-000 | 3,545.00 | | 3,545.00 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,535.00 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,525.00 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,515.00 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,505.00 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,495.00 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,485.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 3,545.00 | 60.00 | 3,485.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 3,545.00 | 60.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 3,545.00 | 60.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******7115 | 3,545.00 | 60.00 | 3,485.00 |
| | 3,545.00 | 60.00 | 3,485.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    3,545.00    60.00

Ver: 19.06

Case 15-10116    Doc# 50    Filed 03/27/16    Page 7 of 8

LFORM24

```
                        United States Bankruptcy Court
                              District of Kansas
In re:                                                         Case No. 15-10116-DLS
Andrew Michael Duncan                                          Chapter 7
Kelsey Leigh Burks
        Debtors                   CERTIFICATE OF NOTICE
District/off: 1083-6          User: mel              Page 1 of 1            Date Rcvd: Mar 25, 2016
                              Form ID: pdf020        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2016.
db/jdb        Andrew Michael Duncan,   Kelsey Leigh Burks,   11116 W Grant St,   Wichita, KS  67209-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2016                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2016 at the address(es) listed below:
              Donald C. Astle    on behalf of Joint Debtor Kelsey Leigh Burks ecf@astlelaw.com
              Donald C. Astle    on behalf of Debtor Andrew Michael Duncan ecf@astlelaw.com
              Edward J Nazar     on behalf of Trustee Edward J Nazar ebn1@hinklaw.com, enazar@ecf.epiqsystems.com
              Edward J Nazar     ebn1@hinklaw.com, enazar@ecf.epiqsystems.com
              Edward J. Nazar    on behalf of Trustee Edward J Nazar ebn1@hinklaw.com,
               enazar@ecf.epiqsystems.com;rkane@hinklaw.com;thanning@hinklaw.com
              J. Michael Lehman   on behalf of Creditor   Campus Credit Union Mail@KsAdvocates.com
              James R. Hanson    on behalf of Creditor   Credit Union of America jhanson@gh-wichita.com,
               lrensner@gh-wichita.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                               TOTAL: 8