# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re: §
 §
DUNCAN, ANDREW MICHAEL § Case No. 15-10116
BURKS, KELSEY LEIGH §
 §
_____Debtors_____ §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

EDWARD J NAZAR, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 75.00                        Assets Exempt: 46,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,244.25     Claims Discharged
                                               Without Payment: 55,788.99

Total Expenses of Administration: 1,300.75

---

3) Total gross receipts of $ 3,545.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 3,545.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 61,591.00 | $ 24,204.52 | $ 24,204.52 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,300.75 | 1,300.75 | 1,300.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,697.00 | 28,336.24 | 28,336.24 | 2,244.25 |
| **TOTAL DISBURSEMENTS** | $ 91,288.00 | $ 53,841.51 | $ 53,841.51 | $ 3,545.00 |

4) This case was originally filed under chapter 7 on 01/27/2015. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2016     By: /s/EDWARD J NAZAR
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 Tax Refunds | 1124-000 | 3,545.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,545.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Campus Credit Union 1845 Fairmount PO Box 65 Wichita, KS 67260-9700 | | 36,037.00 | NA | NA | 0.00 |
| | Campus Credit Union 1845 Fairmount PO Box 65 Wichita, KS 67260-9700 | | 1,554.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Union Of America BR Aka First Choice Credit Union PO Box 47528 Wichita, KS 67201-7528 | | 24,000.00 | NA | NA | 0.00 |
| 000002 | CREDIT UNION OF AMERICA | 4210-000 | NA | 24,204.52 | 24,204.52 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 61,591.00 | $ 24,204.52 | $ 24,204.52 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HINKLE LAW FIRM, LLC | 2100-000 | NA | 886.25 | 886.25 | 886.25 |
| HINKLE LAW FIRM, LLC | 2200-000 | NA | 354.50 | 354.50 | 354.50 |
| BANK OF KANSAS CITY | 2600-000 | NA | 60.00 | 60.00 | 60.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,300.75 | $ 1,300.75 | $ 1,300.75 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMS Laboratory Inc PO Box 75076 Wichita, KS 67275-0076 | | 60.00 | NA | NA | 0.00 |
| | AT And T U Verse PO Box 5013 Carol Stream, IL 60197-5013 | | 107.00 | NA | NA | 0.00 |
| | Account Recovery 200 W Wyatt Earp Blvd Dodge City, KS 67801-4448 | | 140.00 | NA | NA | 0.00 |
| | Air City Emergency Physicians LLC PO Box 98737 Las Vegas, NV 89193 | | 656.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associates in Womens Health PO Box 1522 Wichita, KS 67201-1522 | | 2,853.00 | NA | NA | 0.00 |
| | Auto Owners PO Box 30315 Lansing, MI 48909-7815 | | 62.00 | NA | NA | 0.00 |
| | Bay Area Credit Service BR 1901 W 10th St Antioch, CA 94509-1380 | | 0.00 | NA | NA | 0.00 |
| | CAC Financial Corporation 2601 NW Expressway Ste 1000E Oklahoma City, OK 73112-7272 | | 1,763.00 | NA | NA | 0.00 |
| | Central States Recovery 1314 N Main PO Box 3130 Hutchinson, KS 67504-3130 | | 1,134.00 | NA | NA | 0.00 |
| | Central States Recovery 1314 N Main PO Box 3130 Hutchinson, KS 67504-3130 | | 0.00 | NA | NA | 0.00 |
| | Central States Recovery 1314 N Main PO Box 3130 Hutchinson, KS 67504-3130 | | 0.00 | NA | NA | 0.00 |
| | Central States Recovery 1314 N Main PO Box 3130 Hutchinson, KS 67504-3130 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DRH Imaging Co CAC Financial Corp 2601 NW Expressway Ste 1000E Oklahoma City, OK 73112-7238 | | 595.00 | NA | NA | 0.00 |
| | Dillons Stores Division Bankruptcy Kroger PO Box 1608 Hutchinson, KS 67504-1608 | | 0.00 | NA | NA | 0.00 |
| | Emergency Service Prof PO Box 548 Wichita, KS 67201-0548 | | 395.00 | NA | NA | 0.00 |
| | Enhanced Recovery Corp BR Hilco Receivables LLC 8014 Bayberry Rd Jacksonville, FL 32256-7412 | | 0.00 | NA | NA | 0.00 |
| | Enhanced Recovery Corp BR Hilco Receivables LLC 8014 Bayberry Rd Jacksonville, FL 32256-7412 | | 0.00 | NA | NA | 0.00 |
| | Financial Corp of America 12515 Research Blvd Bldg 2 Ste 100 PO Box 203500 Austin, TX 78720-3500 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Premier Bank Bankruptcy 601 S Minnesota Ave Sioux Falls, SD 57104-4824 | | 382.00 | NA | NA | 0.00 |
| | GE Capital BR GE Money Bank PO Box 103104 Roswell, GA 30076-9104 | | 323.00 | NA | NA | 0.00 |
| | Genesis Health Club BR 6100 E Central Ave Ste 3 Wichita, KS 67208-4244 | | 0.00 | NA | NA | 0.00 |
| | Heartland Cardiology 551 N Hillside St Ste 410 Wichita, KS 67214-4927 | | 30.00 | NA | NA | 0.00 |
| | Hillside Medical Office 855 N Hillside St Wichita, KS 67214-4913 | | 417.00 | NA | NA | 0.00 |
| | Homolka C Dean Attorney At Law 200 E 1st St N Ste 542 Wichita, KS 67202-2110 | | 0.00 | NA | NA | 0.00 |
| | IC Systems Incorporated BR 444 Highway 96 E PO Box 64437 Saint Paul, MN 55164-0437 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jefferson Capital System 16 McLeland Rd Saint Cloud, MN 56303-2198 | | 0.00 | NA | NA | 0.00 |
| | Kansas Department Of Revenue Accounts Receivable Setoff Program PO Box 2713 Topeka, KS 66601-2713 | | 0.00 | NA | NA | 0.00 |
| | Kansas Department Of Revenue Accounts Receivable Setoff Program PO Box 2713 Topeka, KS 66601-2713 | | 0.00 | NA | NA | 0.00 |
| | Kansas Gas Service PO Box 3535 Topeka, KS 66601-3535 | | 384.00 | NA | NA | 0.00 |
| | Kansas Imaging Consultants BR 929 N Saint Francis St Wichita, KS 67214-3821 | | 554.00 | NA | NA | 0.00 |
| | Kansas Orthopaedic Center-Bankruptcy 7550 W Village Cir Ste 1 PO Box 1174 Wichita, KS 67201-1174 | | 257.00 | NA | NA | 0.00 |
| | Mid Continent Credit Services 3161 N Rock Rd Ste B PO Box 75076 Wichita, KS 67275-0076 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mid Continent Credit Services 3161 N Rock Rd Ste B PO Box 75076 Wichita, KS 67275-0076 | | 3,512.00 | NA | NA | 0.00 |
| | Midland Funding LLC BR Midland Credit Management PO Box 60578 Los Angeles, CA 90060-0578 | | 0.00 | NA | NA | 0.00 |
| | Midwest Service Bureau 625 W Maple PO Box 3888 Wichita, KS 67201-3888 | | 0.00 | NA | NA | 0.00 |
| | NPAS Parallon Business Solutions PO Box 99400 Louisville, KY 40269-0400 | | 0.00 | NA | NA | 0.00 |
| | Newman Riffel And Hesse PA PO Box 47068 Wichita, KS 67201-7068 | | 0.00 | NA | NA | 0.00 |
| | Phoenix Financial Services Llc PO Box 26580 Indianapolis, IN 46226-0580 | | 0.00 | NA | NA | 0.00 |
| | Portfolio Recovery Associates BR PO Box 12914 Norfolk, VA 23541-0914 | | 0.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Preferred Medical Associates BR Billing Dept PO Box 2912 Wichita, KS 67201-2912 | | 383.00 | NA | NA | 0.00 |
| | Premier Bank Card PO Box 5114 Sioux Falls, SD 57117-5114 | | 382.00 | NA | NA | 0.00 |
| | Runway Emergency Physicians LLC PO Box 98743 Las Vegas, NV 89193-8743 | | 532.00 | NA | NA | 0.00 |
| | Snap On Credit Bankruptcy 950 Technology Way Ste 301 Libertyville, IL 60048-5339 | | 5,145.00 | NA | NA | 0.00 |
| | Sprint PCS BR PO Box 54977 Los Angeles, CA 90054-0977 | | 830.00 | NA | NA | 0.00 |
| | Sure Check Brokerage BR 141 South 4th Street PO Box 1906 Salina, KS 67402-1906 | | 874.00 | NA | NA | 0.00 |
| | T Mobile Bankruptcy Bankruptcy PO Box 37380 Albuquerque, NM 87176-7300 | | 936.00 | NA | NA | 0.00 |
| | VCMA W Maple PO Box 764 Wichita, KS 67201-0764 | | 76.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verizon Wireless Bankruptcy Department Fmci Mass Market Bankruptcy Admin 500 Technology Dr Ste 550 Saint Charles, MO 63304-2225 | | 1,689.00 | NA | NA | 0.00 |
| | Via Christi Clinic 9211 E 21st St N Ste 100 Wichita, KS 67206-2968 | | 252.00 | NA | NA | 0.00 |
| | Wesley Family Practice 850 N Hillside St PO Box 47490 Wichita, KS 67201-7490 | | 225.00 | NA | NA | 0.00 |
| | Wesley Medical Center Bankruptcy Patient Accounts 10030 N Macarthur Blvd Ste 100 Irving, TX 75063-5083 | | 3,182.00 | NA | NA | 0.00 |
| | Wesley Medical Center Parallon 550 N Hillside St Wichita, KS 67214-4910 | | 0.00 | NA | NA | 0.00 |
| | West Asset Management Inc BR Attention Bankruptcy 7171 Mercy Rd Omaha, NE 68106-2620 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | West Wichita Minor Emergency 8200 W Central Ave Ste 4 Wichita, KS 67212-3661 | | 35.00 | NA | NA | 0.00 |
| | Wichita Anesthesiology Chartered PO Box 808 El Dorado, KS  67042-0808 | | 101.00 | NA | NA | 0.00 |
| | Wichita Surgical Specialists BR 818 N Emporia St Ste 200 Wichita, KS  67214-3726 | | 131.00 | NA | NA | 0.00 |
| | Windham Court Suites 330 S Tyler Rd Wichita, KS  67209-1687 | | 1,300.00 | NA | NA | 0.00 |
| 000015 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 470.88 | 470.88 | 37.29 |
| 000013 | ASHLEY FUNDING SERVICES LLC ITS SUC | 7100-000 | NA | 532.00 | 532.00 | 42.14 |
| 000005 | ASSOCIATES IN WOMENS HEALTH PA | 7100-000 | NA | 3,512.27 | 3,512.27 | 278.17 |
| 000006 | AT&T MOBILITY II LLC | 7100-000 | NA | 1,296.71 | 1,296.71 | 102.70 |
| 000001 | CAMPUS CREDIT UNION | 7100-000 | NA | 16,715.25 | 16,715.25 | 1,323.86 |
| 000003 | GENESIS HEALTH CLUB INC | 7100-000 | NA | 1,011.42 | 1,011.42 | 80.11 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | HILLSIDE MEDICAL OFFICE | 7100-000 | NA | 122.91 | 122.91 | 9.73 |
| 000007 | KANSAS GAS SERVICE | 7100-000 | NA | 3.84 | 3.84 | 0.30 |
| 000004 | SPRINT CORP | 7100-000 | NA | 829.90 | 829.90 | 65.73 |
| 000008 | WESLEY MEDICAL CENTER | 7100-000 | NA | 100.00 | 100.00 | 7.92 |
| 000009 | WESLEY MEDICAL CENTER | 7100-000 | NA | 871.11 | 871.11 | 68.99 |
| 000010 | WESLEY MEDICAL CENTER | 7100-000 | NA | 198.26 | 198.26 | 15.70 |
| 000011 | WESLEY MEDICAL CENTER | 7100-000 | NA | 1,682.34 | 1,682.34 | 133.24 |
| 000012 | WESLEY MEDICAL CENTER | 7100-000 | NA | 346.55 | 346.55 | 27.45 |
| 000018 | WESLEY MEDICAL CENTER | 7100-000 | NA | 100.00 | 100.00 | 7.92 |
| 000019 | WESLEY MEDICAL CENTER | 7100-000 | NA | 280.80 | 280.80 | 22.24 |
| 000017 | WICHITA SURGICAL SPECIALISTS | 7100-000 | NA | 131.00 | 131.00 | 10.38 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | WICHITA SURGICAL SPECIALISTS PA | 7100-000 | NA | 131.00 | 131.00 | 10.38 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 29,697.00 | $ 28,336.24 | $ 28,336.24 | $ 2,244.25 |

| Case No: | 15-10116 DLS Judge: DALE L. SOMERS | | | Trustee Name: | EDWARD J NAZAR |
| --- | --- | --- | --- | --- | --- |
| Case Name: | DUNCAN, ANDREW MICHAEL | | | Date Filed (f) or Converted (c): | 01/27/15 (f) |
| | BURKS, KELSEY LEIGH | | | 341(a) Meeting Date: | 02/23/15 |
| For Period Ending: | 01/07/16 | | | Claims Bar Date: | 07/29/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 0.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash on Deposit Campus CU | 25.00 | 25.00 | OA | 0.00 | FA |
| 3. Cash on Deposit Meritrust CU | 25.00 | 25.00 | OA | 0.00 | FA |
| 4. Cash on Deposit White Eagle CU | 25.00 | 25.00 | OA | 0.00 | FA |
| 5. Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) | 1,800.00 | 0.00 | | 0.00 | FA |
| 9. 2014 Earned Income Tax Credit | Unknown | 0.00 | | 0.00 | FA |
| 10. 2014 Tax Refunds | Unknown | 3,545.00 | | 3,545.00 | FA |
| 11. 2014 Dodge | 24,000.00 | 0.00 | | 0.00 | FA |
| 12. 2014 Honda | 19,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $46,575.00 | $3,620.00 | | $3,545.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/15/16     Current Projected Date of Final Report (TFR): 02/15/16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-10116 -DLS | | Trustee Name: | EDWARD J NAZAR |
|---|---|---|---|---|
| Case Name: | DUNCAN, ANDREW MICHAEL | | Bank Name: | BANK OF KANSAS CITY |
| | BURKS, KELSEY LEIGH | | Account Number / CD #: | *******7115 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0650 | | | |
| For Period Ending: | 05/03/16 | | Blanket Bond (per case limit): | $ 26,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/15 | 10 | ANDREW DUNCAN | 2014 TAX REFUNDS | 1124-000 | 3,545.00 | | 3,545.00 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,535.00 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,525.00 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,515.00 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,505.00 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,495.00 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,485.00 |
| 04/05/16 | 000101 | HINKLE LAW FIRM, LLC | Chapter 7 Compensation/Fees | 2100-000 | | 886.25 | 2,598.75 |
| | | 301 NORTH MAIN STREET, SUITE 2000 | | | | | |
| | | WICHITA, KANSAS 67202-4820 | | | | | |
| 04/05/16 | 000102 | HINKLE LAW FIRM, LLC | Chapter 7 Expenses | 2200-000 | | 354.50 | 2,244.25 |
| | | 301 NORTH MAIN STREET, SUITE 2000 | | | | | |
| | | WICHITA, KANSAS 67202-4820 | | | | | |
| 04/05/16 | 000103 | Campus Credit Union | Claim 000001, Payment 7.92007% | 7100-000 | | 1,323.86 | 920.39 |
| | | PO Box 75037 | | | | | |
| | | Wichita KS 67275 | | | | | |
| 04/05/16 | 000104 | Genesis Health Club Inc | Claim 000003, Payment 7.92055% | 7100-000 | | 80.11 | 840.28 |
| | | co Calvin Dean Homolka II | | | | | |
| | | 200 E First Ste 542 | | | | | |
| | | Wichita KS 67202 | | | | | |
| 04/05/16 | 000105 | Sprint Corp | Claim 000004, Payment 7.92023% | 7100-000 | | 65.73 | 774.55 |
| | | Attn Bankruptcy Dept | | | | | |
| | | PO Box 7949 | | | | | |
| | | Overland Park KS 66207-0949 | | | | | |
| 04/05/16 | 000106 | Associates in Womens Health PA | Claim 000005, Payment 7.91995% | 7100-000 | | 278.17 | 496.38 |
| | | 3232 E Murdock | | | | | |
| | | Wichita KS 67208 | | | | | |
| 04/05/16 | 000107 | AT&T Mobility II LLC | Claim 000006, Payment 7.92004% | 7100-000 | | 102.70 | 393.68 |

| | | | Page Subtotals | | 3,545.00 | 3,151.32 | |

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 17)

Case 15-10116   Doc# 51   Filed 06/03/16   Page 17 of 20

Ver: 19.06

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-10116 -DLS | Trustee Name: | EDWARD J NAZAR |
|---|---|---|---|
| Case Name: | DUNCAN, ANDREW MICHAEL | Bank Name: | BANK OF KANSAS CITY |
|  | BURKS, KELSEY LEIGH | Account Number / CD #: | *******7115 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0650 |  |  |
| For Period Ending: | 05/03/16 | Blanket Bond (per case limit): | $ 26,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/16 | 000108 | c o AT&T Services Inc<br>Karen Cavagnaro Paralegal<br>One AT&T Way Rm 3A104<br>Bedminster NJ 07921<br>UNITED STATES BANKRUPTCY COURT<br>401 NORTH MARKET, ROOM 180<br>WICHITA, KANSAS 67202 | Claim 000007, Payment 7.81250%<br>Kansas Gas Service<br>PO Box 3535<br>Topeka KS 66601-3535 | 7100-000 |  | 0.30 | 393.38 |
| 04/05/16 | 000109 | Wesley Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | Claim 000008, Payment 7.92000% | 7100-000 |  | 7.92 | 385.46 |
| 04/05/16 | 000110 | Wesley Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | Claim 000009, Payment 7.91978% | 7100-000 |  | 68.99 | 316.47 |
| 04/05/16 | 000111 | Wesley Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | Claim 000010, Payment 7.91889% | 7100-000 |  | 15.70 | 300.77 |
| 04/05/16 | 000112 | Wesley Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | Claim 000011, Payment 7.91992% | 7100-000 |  | 133.24 | 167.53 |
| 04/05/16 | 000113 | Wesley Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville SC 29602 | Claim 000012, Payment 7.92093% | 7100-000 |  | 27.45 | 140.08 |
| 04/05/16 | 000114 | Ashley Funding Services LLC its<br>successors and assigns as assignee | Claim 000013, Payment 7.92105% | 7100-000 |  | 42.14 | 97.94 |

Page Subtotals 0.00 295.74

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-10116 -DLS | | Trustee Name: | EDWARD J NAZAR |
|---|---|---|---|---|
| Case Name: | DUNCAN, ANDREW MICHAEL | | Bank Name: | BANK OF KANSAS CITY |
| | BURKS, KELSEY LEIGH | | Account Number / CD #: | *******7115 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0650 | | | |
| For Period Ending: | 05/03/16 | | Blanket Bond (per case limit): | $ 26,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | of Reimbursement Technologies Inc Resurgent Capital Services PO Box 10587 Greenville SC 29603-0587 | | | | | |
| 04/05/16 | 000115 | Wichita Surgical Specialists PA 818 N Emporia Ste 200 Wichita KS 67214 | Claim 000014, Payment 7.92366% | 7100-000 | | 10.38 | 87.56 |
| 04/05/16 | 000116 | American InfoSource LP as agent for T MobileTMobile USA Inc PO Box 248848 Oklahoma City OK 731248848 | Claim 000015, Payment 7.91922% | 7100-000 | | 37.29 | 50.27 |
| 04/05/16 | 000117 | Hillside Medical Office c o ARSI 200 W Wyatt Earp Blvd PO Box 136 Dodge City KS 67801 | Claim 000016, Payment 7.91636% | 7100-000 | | 9.73 | 40.54 |
| 04/05/16 | 000118 | Wichita Surgical Specialists c o ARSI 200 W Wyatt Earp Blvd PO Box 136 Dodge City KS 67801 | Claim 000017, Payment 7.92366% | 7100-000 | | 10.38 | 30.16 |
| 04/05/16 | 000119 | Wesley Medical Center Resurgent Capital Services PO Box 1927 Greenville SC 29602 | Claim 000018, Payment 7.92000% | 7100-000 | | 7.92 | 22.24 |
| 04/05/16 | 000120 | Wesley Medical Center Resurgent Capital Services PO Box 1927 Greenville SC 29602 | Claim 000019, Payment 7.92023% | 7100-000 | | 22.24 | 0.00 |

| | | | | Page Subtotals | 0.00 | 97.94 | |

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Case 15-10116    Doc# 51    Filed 06/03/16    Page 19 of 20

Ver: 19.06

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| Case No: | 15-10116 -DLS | | Trustee Name: | EDWARD J NAZAR |
| Case Name: | DUNCAN, ANDREW MICHAEL | | Bank Name: | BANK OF KANSAS CITY |
| | BURKS, KELSEY LEIGH | | Account Number / CD #: | *******7115  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0650 | | | |
| For Period Ending: | 05/03/16 | | Blanket Bond (per case limit): | $ 26,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,545.00 | 3,545.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,545.00 | 3,545.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,545.00 | 3,545.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7115 | 3,545.00 | 3,545.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 3,545.00 | 3,545.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00