**Form fnldec**  (Revised 10/07/2009)

## United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 15–10116         Chapter: 7

In re:

| | |
|---|---|
| Andrew Michael Duncan<br>11116 W Grant St<br>Wichita, KS 67209–3220 | Kelsey Leigh Burks<br>11116 W Grant St<br>Wichita, KS 67209–3220 |
| SSN: xxx–xx–2365 | SSN: xxx–xx–9090 |

**Entered By The Court**
**6/5/16**

**FINAL DECREE**

**Filed By The Court**
**6/5/16**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Edward J Nazar is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 52

s/ Dale L. Somers
United States Bankruptcy Judge