**Form fnldec** (Revised 10/07/2009)

## United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 15−10116

Chapter: 7

In re:

Andrew Michael Duncan
11116 W Grant St
Wichita, KS 67209−3220

Kelsey Leigh Burks
11116 W Grant St
Wichita, KS 67209−3220

SSN: xxx−xx−2365

SSN: xxx−xx−9090

**Entered By The Court
6/5/16**

**FINAL DECREE**

**Filed By The Court
6/5/16
David D. Zimmerman
Clerk of Court
US Bankruptcy Court**

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Edward J Nazar is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 52

s/ Dale L. Somers
United States Bankruptcy Judge

United States Bankruptcy Court
District of Kansas

In re:  
Andrew Michael Duncan  
Kelsey Leigh Burks  
    Debtors

Case No. 15-10116-DLS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1083-6     User: mel     Page 1 of 1     Date Rcvd: Jun 06, 2016  
                         Form ID: fnldecre     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2016.  
db/jdb         Andrew Michael Duncan,    Kelsey Leigh Burks,    11116 W Grant St,    Wichita, KS   67209-3220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2016 at the address(es) listed below:
         Donald C. Astle    on behalf of Joint Debtor Kelsey Leigh Burks ecf@astlelaw.com  
         Donald C. Astle    on behalf of Debtor Andrew Michael Duncan ecf@astlelaw.com  
         Edward J Nazar    on behalf of Trustee Edward J Nazar ebn1@hinklaw.com, enazar@ecf.epiqsystems.com  
         Edward J Nazar    ebn1@hinklaw.com, enazar@ecf.epiqsystems.com  
         Edward J. Nazar    on behalf of Trustee Edward J Nazar ebn1@hinklaw.com,  
   enazar@ecf.epiqsystems.com;rkane@hinklaw.com;thanning@hinklaw.com  
         J. Michael Lehman    on behalf of Creditor    Campus Credit Union Mail@KsAdvocates.com  
         James R. Hanson    on behalf of Creditor    Credit Union of America jhanson@gh-wichita.com,  
   lrensner@gh-wichita.com  
         U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov  
                                                                                             TOTAL: 8